**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| VINCENT LEE,<br>　*Plaintiff* | : CIVIL ACTION NO. 3:02CV2214(AWT)<br>:<br>: |
| v. | :<br>: |
| STATE OF CONNECTICUT<br>DEPARTMENT OF MOTOR VEHICLES,<br>DALE URSIN (official and individual<br>capacity) JOSE SALINAS (official and<br>individual capacity),<br>　*Defendants* | :<br>:<br>:<br>:<br>:<br>: OCTOBER 20, 2003 |

### DEFENDANTS' MOTION TO DISMISS SECOND AMENDED COMPLAINT

Come now the defendants, State of Connecticut, Department of Motor Vehicles, Dale Ursin and Jose Salinas in their individual and official capacities and move to dismiss the Second Amended Complaint dated September 15, 2003 pursuant to Fed. R. Civ. P. 12(b)(1) for lack of subject matter jurisdiction; 12(b)6) for failure to state a claim upon which relief can be granted and, as to the defendant Salinas, Rule 12(b)(5) for insufficiency of service of process. A memorandum of law in support of this motion is submitted of even date herewith which more particularly sets forth the grounds for dismissal.

WHEREFORE, the defendants respectfully move the Court to dismiss the Second Amended Complaint.

DEFENDANTS,
STATE OF CONNECTICUT
DEPARTMENT OF MOTOR VEHICLES,
DALE URSIN (individual capacity) and
JOSE SALINAS (individual capacity)

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: *(signature)*
Edward F. Osswalt
Assistant Attorney General
55 Elm Street - P. O. Box 120
Hartford, CT 06141-0120
Tel: (860) 808-5340
Fax: (860) 808-5383
E-Mail:Edward.Osswalt@po.state.ct.us
Federal Bar No.: ct 15252

### CERTIFICATION

I hereby certify that a copy of the foregoing Defendants' Motion to Dismiss Second Amended Complaint was mailed, first class postage prepaid, this 17th day of October, 2003 to:

Kimberly A. Graham
Attorney At Law
621 Farmington Avenue
Hartford, CT 06105

*(signature)*
Edward F. Osswalt
Assistant Attorney General