UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| VINCENT LEE,<br>*Plaintiff* | CIVIL ACTION NO. 3:02CV2214 (AWT) |
| v. | |
| STATE OF CONNECTICUT<br>DEPARTMENT OF MOTOR VEHICLES,<br>DALE URSIN (official and individual<br>capacity) JOSE SALINAS (official and<br>individual capacity),<br>*Defendants* | OCTOBER 20, 2003 |

**DEFENDANTS' MOTION FOR AN EXTENSION OF TIME OF FOUR
BUSINESS DAYS NUNC PRO TUNC TO FILE RESPONSIVIE PLEADING**

Defendants hereby respectfully move this Court for an extension of time of four business days within which to file a responsive pleading to the Second Amended Complaint nunc pro tunc until October 20, 2003. In support of this request the undersigned states that the scheduling order approved by the Court in this matter provides for the filing of a responsive pleading to the amended complaint by October 14, 2003. The press of business exacerbated by shortage of staff caused by illness in the Office combined to prevent the undersigned's timely compliance. Defendants' Motion to Dismiss the Second Amended Complaint is submitted for filing herewith.

In further support of this motion, the undersigned represents that he e-mailed Attorney Kimberly Graham, counsel for the plaintiff, on Friday, October 17, 2003 and advised her of his intention to file a responsive pleading this date.

WHEREFORE, the defendants respectfully request an extension of four business days nunc pro tunc to file their Motion to Dismiss the Second Amended Complaint which Motion to Dismiss is filed herewith.

                    DEFENDANTS,
                    STATE OF CONNECTICUT
                    DEPARTMENT OF MOTOR VEHICLES,
                    DALE URSIN (individual capacity) and
                    JOSE SALINAS (individual capacity)

                    RICHARD BLUMENTHAL
                    ATTORNEY GENERAL

BY: _____
                    Edward F. Osswalt
                    Assistant Attorney General
                    55 Elm Street - P. O. Box 120
                    Hartford, CT  06141-0120
                    Tel:  (860) 808-5340
                    Fax:  (860) 808-5383
                    E-Mail:Edward.Osswalt@po.state.ct.us
                    Federal Bar No.: ct 15252

## CERTIFICATION

I hereby certify that a copy of the foregoing Defendants Motion For An Extension of Time of Four Business Days To File Responsive Pleading was mailed, first class postage prepaid, this 20th day of October, 2003 to:

Kimberly A. Graham
Attorney At Law
621 Farmington Avenue
Hartford, CT  06105

_____
Edward F. Osswalt
Commissioner of the Superior Court