13

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| VINCENT LEE,<br>  *Plaintiff* | : | CIVIL ACTION NO. 3:02CV2214 (AWT) |
| | : | |
| v. | : |  |
| | : | |
| STATE OF CONNECTICUT<br>DEPARTMENT OF MOTOR VEHICLES,<br>DALE URSIN (official and individual<br>capacity) JOSE SALINAS (official and<br>individual capacity),<br>  *Defendants* | :<br>:<br>:<br>:<br>:<br>: | OCTOBER 20, 2003 |

### DEFENDANTS' MOTION FOR AN EXTENSION OF TIME OF FOUR BUSINESS DAYS NUNC PRO TUNC TO FILE RESPONSIVIE PLEADING

Defendants hereby respectfully move this Court for an extension of time of four business days within which to file a responsive pleading to the Second Amended Complaint nunc pro tunc until October 20, 2003. In support of this request the undersigned states that the scheduling order approved by the Court in this matter provides for the filing of a responsive pleading to the amended complaint by October 14, 2003. The press of business exacerbated by shortage of staff caused by illness in the Office combined to prevent the undersigned's timely compliance. Defendants' Motion to Dismiss the Second Amended Complaint is submitted for filing herewith.

In further support of this motion, the undersigned represents that he e-mailed Attorney Kimberly Graham, counsel for the plaintiff, on Friday, October 17, 2003 and advised her of his intention to file a responsive pleading this date.

Extension GRANTED, nunc pro tunc, to and including October 20, 2003. It is so ordered.

____ W. Thompson, U.S.D.J.
Hartford, CT   11/4/03