FILED

2003 NOV 10  P 4: 38

IS DISTRICT COURT
HARTFORD CT

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

VINCENT LEE,                           :        CIVIL ACTION NO.
   *Plaintiff*                          :        3:02CV2214 (AWT)
                                 :

   v.                                  :

STATE OF CONNECTICUT             :
DEPARTMENT OF MOTOR VEHICLES,:
DALE URSIN (official and individual :
capacity) JOSE SALINAS (official    :
and individual capacity),            :
   *Defendants*                        :        NOVEMBER 10, 2003


## PLAINTIFF'S MOTION FOR EXTENSION OF TIME

The plaintiff, by and through undersigned counsel respectfully requests an

extension of time until **November 26, 2003** to respond to the Defendant's motion

to dismiss.  In support of such motion, plaintiff's counsel alleges that her trial and

court schedule have been unusually hectic and such schedule presented conflicts

for the undersigned and has precluded her from completing plaintiff's response by

the due date.  This is counsel's first request for an extension of time. Defense

counsel, Assistant Attorney General, Osswalt was contacted and does not object to

this request.

For all of these reasons, undersigned counsel respectfully requests that her request for an extension of time until November 26, 2003 be granted.

Respectfully submitted
VINCENT LEE, PLAINTIFF

BY: _____

KIMBERLY A. GRAHAM,
HIS ATTORNEY.
621 Farmington Avenue,
Hartford, CT 06105

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was mailed postage prepaid on this 10th day of November, 2003 to the following:

Edward F. Osswalt
Assistant Attorney General
55 Elm Street, P.O. Box 120
Hartford, CT 06141-0120

_____
Kimberly A. Graham
Commissioner of the Superior Court

KIMBERLY A. GRAHAM • ATTORNEY AT LAW, L.L.C.
621 FARMINGTON AVENUE • HARTFORD, CT 06105 • (860) 523-9306 • FAX (860) 523-1274 • JURIS NO. 413679