UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| VINCENT LEE, | : | CIVIL ACTION NO. |
| *Plaintiff* | : | 3:02CV2214 (AWT) |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT | : | |
| DEPARTMENT OF MOTOR VEHICLES,: | | |
| DALE URSIN (official and individual | : | |
| capacity) JOSE SALINAS (official | : | |
| and individual capacity), | : | |
| *Defendants* | : | NOVEMBER 10, 2003 |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME**

The plaintiff, by and through undersigned counsel respectfully requests an extension of time until **November 26, 2003** to respond to the Defendant's motion to dismiss. In support of such motion, plaintiff's counsel alleges that her trial and court schedule have been unusually hectic and such schedule presented conflicts for the undersigned and has precluded her from completing plaintiff's response by the due date. This is counsel's first request for an extension of time. Defense counsel, Assistant Attorney General, Osswalt was contacted and does not object to this request.

**Extension GRANTED, to and including November 26, 2003. It is so ordered.**

Alvin W. Thompson, U.S.D.J.
Hartford, CT    11/19/03

KIMBERLY A. GRAHAM • ATTORNEY AT LAW, L.L.C.
621 FARMINGTON AVENUE • HARTFORD, CT 06105 • (860) 523-9306 • FAX (860) 523-1274 • JURIS NO. 413679