FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2003 DEC -3  P 3: 02

US DISTRICT COURT
HARTFORD CT

VINCENT LEE
    **PLAINTIFF**

CIVIL ACTION
NO. 302CV2214 (AWT)

VS.

STATE OF CONNECTICUT/
DEPARTMENT OF MOTOR VEHICLES
DALE URSIN (Individual Capacity)

    **DEFENDANTS**        DECEMBER 3, 2003

### PLAINTIFF'S MOTION TO AMEND THE COMPLAINT

Pursuant to FRCP 15(a), plaintiff seeks leave to amend his complaint in order to address issues raised in defendant's motion to dismiss. In support of this motion, the plaintiff alleges:

1. Defendant has not filed a responsive pleading.

2. There is no prejudice as the proposed amendment addresses issues raised in Defendants' motion to dismiss.

3. Amended complaint is attached.

### MEMORANDUM OF LAW IN SUPPPORT OF PLAINTIFF'S MOTION TO AMEND THE COMPLAINT

Rule 15(a) provides that leave to amend, "shall be freely given when justice so requires." The rule in this Circuit has been to allow a party to amend its pleadings in the absence of a showing by the non-movant of prejudice or bad

faith. <u>Block v. First Blood Associates</u>, 988 F.2d 344, 350 (2d Cir.1993), citing <u>State Teacher's Retirement Board v. Fluor Corp.</u>, 654 F.2d 843, 856 (2d Cir. 1981). A decision to grant leave is within the discretion of the court, however, the court is required to "heed" the mandate of Rule 15(a) to grant leave to amend freely in the absence of any undue prejudice, undue delay or bad faith. <u>Foman v. Davis</u>, 371 U.S. 178, 182, 83 S.CT.227, 230, 9 L.Ed. 2d 222 (1962).

PLAINTIFF, VINCENT LEE

BY *[signature]*
KIMBERLY A. GRAHAM,
Attorney at Law, LLC
621 Farmington Avenue
Hartford, CT 06105
(860) 523-9306
Juris No. ct11920

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing motion and amended complaint was mailed postage prepaid on this 3rd day of November 2003 to:

Edward Osswalt
Assistant Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120

*[signature]*
Kimberly A. Graham
Commissioner of the Superior Court