FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| VINCENT LEE | CIVIL ACTION |
|     PLAINTIFF | NO. 302CV2214 (AWT) |

VS.

STATE OF CONNECTICUT/
DEPARTMENT OF MOTOR VEHICLES
DALE URSIN (Individual Capacity)

    DEFENDANTS        DECEMBER 3, 2003

### PLAINTIFF'S MOTION TO AMEND THE COMPLAINT

Pursuant to FRCP 15(a), plaintiff seeks leave to amend his complaint in order to address issues raised in defendant's motion to dismiss. In support of this motion, the plaintiff alleges:

1. Defendant has not filed a responsive pleading.

2. There is no prejudice as the proposed amendment addresses issues raised in Defendants' motion to dismiss.

3. Amended complaint is attached.

### MEMORANDUM OF LAW IN SUPPPORT OF PLAINTIFF'S MOTION TO AMEND THE COMPLAINT

Rule 15(a) provides that leave to amend, "shall be freely given when justice so requires." The rule in this Circuit has been to allow a party to amend its pleadings in the absence of a showing by the non-movant of prejudice or bad

**GRANTED. It is so ordered.**

Alvin W. Thompson, U.S.D.J.
Hartford, CT   12/15/03

---

KIMBERLY A. GRAHAM • ATTORNEY AT LAW, L.L.C.
621 FARMINGTON AVENUE • HARTFORD, CT 06105 • (860) 523-9306 • FAX (860) 523-1274 • JURIS NO. 413679