UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| VINCENT LEE,<br>*Plaintiff* | : | CIVIL ACTION NO. 3:02CV2214(AWT) |
| v. | : | |
| STATE OF CONNECTICUT<br>DEPARTMENT OF MOTOR VEHICLES,<br>DALE URSIN (official and individual<br>capacity) JOSE SALINAS (official and<br>individual capacity),<br>*Defendants* | :<br>:<br>:<br>:<br>:<br>: | OCTOBER 20, 2003 |

### DEFENDANTS' MOTION TO DISMISS SECOND AMENDED COMPLAINT

Come now the defendants, State of Connecticut, Department of Motor Vehicles, Dale Ursin and Jose Salinas in their individual and official capacities and move to dismiss the Second Amended Complaint dated September 15, 2003 pursuant to Fed. R. Civ. P. 12(b)(1) for lack of subject matter jurisdiction; 12(b)6) for failure to state a claim upon which relief can be granted and, as to the defendant Salinas, Rule 12(b)(5) for insufficiency of service of process. A memorandum of law in support of this motion is submitted of even date herewith which more particularly sets forth the grounds for dismissal.

WHEREFORE, the defendants respectfully move the Court to dismiss the Second Amended Complaint.

DENIED, as moot. See Doc. #18. It is so ordered.

Alvin W. Thompson, U.S.D.J.

Hartford, CT   12/19/2003

FILED 2003 DEC 22 A II: [?]
U.S. DISTRICT COURT
HARTFORD, CT.