**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| VINCENT LEE, | : | CIVIL ACTION NO. 3:02CV2214(AWT) |
|    *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT | : | |
| DEPARTMENT OF MOTOR VEHICLES, | : | |
| DALE URSIN (individual | : | |
| capacity), | : | |
|    *Defendants* | : | February 13, 2004 |

**DEFENDANTS' MOTION FOR SECURITY FOR COSTS**

Pursuant to Rule 83.3 of the Local Rules of Civil Procedure, the defendants hereby move for an order requiring the plaintiff, Vincent Lee, to post a bond as security for costs in the amount of five hundred ($500.00) dollars.

                                                 DEFENDANTS,
                                                 STATE OF CONNECTICUT
                                                 DEPARTMENT OF MOTOR VEHICLES,
                                                 DALE URSIN (individual capacity)

                                                 RICHARD BLUMENTHAL
                                                 ATTORNEY GENERAL

BY: _____
                                                 Edward F. Osswalt
                                                 Assistant Attorney General
                                                 55 Elm Street - P. O. Box 120
                                                 Hartford, CT  06141-0120
                                                 Tel:  (860) 808-5340
                                                 Fax:  (860) 808-5383
                                                 E-Mail:Edward.Osswalt@po.state.ct.us
                                                 Federal Bar No.: ct 15252

## **CERTIFICATION**

I hereby certify that a copy of the foregoing Defendants' Motion for Security for Costs was mailed, first class postage prepaid, this  13th day of February, 2004 to:

Kimberly A. Graham
Attorney At Law
621 Farmington Avenue
Hartford, CT  06105

_____
Edward F. Osswalt
Assistant Attorney General