UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 FEB 13 P 2: 06
DISTRICT COURT
HARTFORD, CT.

| | | |
|---|---|---|
| VINCENT LEE, | : | CIVIL ACTION NO. |
| *Plaintiff* | : | 3:02CV2214 (AWT) |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT | : | |
| DEPARTMENT OF MOTOR VEHICLES,: | | |
| DALE URSIN | : | |
| *Defendants* | : | FEBRUARY 12, 2004 |

**PLAINTIFF'S MOTION FOR DEFAULT JUDGEMENT**

Pursuant to F.R.C.P. 41 (a)(2), the plaintiff, by and through his undersigned counsel respectfully moves this court to enter a default judgment against the defendants for failure to answer the second amended complaint.

In support of such motion, the plaintiff alleges that this court entered an order on December 17, 2003 granting plaintiff's motion to amend the complaint. Judge Thompson ordered the defendants to answer such amended complaint and the complaint has not yet been answered.

For all the foregoing reasons, the plaintiff moves this court to enter a default judgment against the defendants.

Respectfully submitted
VINCENT LEE, PLAINTIFF

BY:  _____
KIMBERLY A. GRAHAM,
HIS ATTORNEY.
621 Farmington Avenue,
Hartford, CT 06105

## **CERTIFICATION**

      This is to certify that a copy of the foregoing motion for default was mailed on this the 12th day of February, 2004 to:

Edward F. Osswalt
Assistant Attorney General
55 Elm Street, P.O. Box 120
Hartford, CT 06141-0120

                                    _____
                                    KIMBERLY A. GRAHAM

KIMBERLY A. GRAHAM • ATTORNEY AT LAW, L.L.C.
621 FARMINGTON AVENUE • HARTFORD, CT 06105 • (860) 523-9306 • FAX (860) 523-1274 • JURIS NO. 413679