UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| VINCENT LEE, | : | CIVIL ACTION NO. 3:02CV2214(AWT) |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT | : | |
| DEPARTMENT OF MOTOR VEHICLES, | : | |
| and DALE URSIN, | : | |
| *Defendants* | : | FEBRUARY 20, 2004 |

### OBJECTION TO MOTION FOR DEFAULT JUDGMENT

The defendants herein respectfully object to Plaintiff's Motion For Default Judgment dated February 12, 2004 purportedly brought pursuant to Fed. R. Civ. P. 41(a)(2) and state as follows:

1. Defendant's previously filed a Motion to Dismiss the <u>Second Amended Complaint</u> with supporting Memorandum (Dkt. 11, 12) on October 20, 2003.

2. Plaintiff's response to said motion to dismiss was his Motion for Permission to File <u>Third Amended Complaint</u> which he claimed addressed the issues raised by the Motion to Dismiss.

3. The remaining defendants, State of Connecticut and Dale Ursin have filed their Answer and Affirmative Defenses to said Third Amended Complaint which Answer and Affirmative Defenses is dated February 20, 2004.

WHEREFORE, the plaintiff's motion for default judgment should be denied.

>RESPECTFULLY SUBMITTED,
>
>DEFENDANTS,
>STATE OF CONNECTICUT
>DEPARTMENT OF MOTOR VEHICLES,
>AND DALE URSIN
>
>RICHARD BLUMENTHAL
>ATTORNEY GENERAL
>
>BY: _____
>Edward F. Osswalt
>Assistant Attorney General
>55 Elm Street - P. O. Box 120
>Hartford, CT  06141-0120
>Tel:  (860) 808-5340
>Fax:  (860) 808-5383
>E-Mail:Edward.Osswalt@po.state.ct.us
>Federal Bar No.: ct 15252

## **CERTIFICATION**

A copy of the foregoing Objection to Motion For Default Judgment, was mail via United States first class, postage prepaid mail on this 20th day of February, 2004, to:

Kimberly A. Graham, Esq.
621 Farmington Avenue
Hartford, CT  06105

>_____
>Edward F. Osswalt
>Assistant Attorney General

2