FILED

2004 MAR -4  P 4: 25

US DISTRICT COURT
HARTFORD CT

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| VINCENT LEE, | : | CIVIL ACTION NO. |
| *Plaintiff* | : | 3:02CV2214 (AWT) |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT | : | |
| DEPARTMENT OF MOTOR | : | |
| VEHICLES, DALE URSIN | : | |
| (official and individual | : | |
| capacity) JOSE SALINAS (official | : | |
| and individual capacity), | : | |
| *Defendants* | : | MARCH 4, 2004 |

### PLAINTIFF'S MOTION TO WAIVE SECURITY FOR COSTS

Plaintiff, Vincent Lee respectfully requests that this Court waive the requirement of posting a bond in the amount of $500.00 as security for costs and damages in the above captioned case for the following equitable reasons:

1. Mr. Lee has been unable to maintain full time employment since he was laid off from his state position in January, 2003.

2. Mr. Lee has two minor children for whom he must provide support.

3. Further, the merits of the Plaintiff's case are unambiguous, and Defendants' liability is evident.

4. There is no risk of monetary harm to either of the defendants.

5. Although this case was filed in 2002, the defendants did not file this motion for security for costs until the plaintiff filed a motion to default the defendants for failure to answer the amended complaint.

For all of the above reasons, the a bond for security for costs is not warranted and the defendants' motion should be denied.

By: *[signature]*
Kimberly A. Graham, Esq.
Counsel for Plaintiff

### CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was mailed on this the 4th day of March, 2004 to:

Edward F. Osswalt,
Assistant Attorney General
55 Elm Street- P.O. Box 120
Hartford, CT 06141-0120

*[signature]*
Kimberly A. Graham

KIMBERLY A. GRAHAM • ATTORNEY AT LAW, L.L.C.
621 FARMINGTON AVENUE • HARTFORD, CT 06105 • (860) 523-9306 • FAX (860) 523-1274 • JURIS NO. 413679