UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| VINCENT LEE,<br>*Plaintiff* | : CIVIL ACTION NO.<br>: 3:02CV2214 (AWT) |
| v. | : |
| STATE OF CONNECTICUT<br>DEPARTMENT OF MOTOR<br>VEHICLES, DALE URSIN<br>(official and individual<br>capacity) JOSE SALINAS (official<br>and individual capacity),<br>*Defendants* | :<br>:<br>:<br>:<br>:<br>:<br>: MARCH 8, 2004 |

### PLAINTIFF'S AMENDED MOTION TO WAIVE SECURITY FOR COSTS

Plaintiff, Vincent Lee respectfully requests that this Court waive the requirement of posting a bond in the amount of $500.00 as security for costs and damages in the above captioned case for the following equitable reasons:

1. Mr. Lee has been unable to maintain full time employment since he was laid off from his state position in January, 2003.   <u>Plaintiff's Exhibit A</u>

2. Mr. Lee has two minor children for whom he must provide support.   <u>Plaintiff's Exhibit A.</u>

3. Further, the merits of the Plaintiff's case are unambiguous, and Defendants' liability is evident.

4. There is no risk of monetary harm to either of the defendants.

5. Although this case was filed in 2002, the defendants did not file this motion for security for costs until the plaintiff filed a motion to default the defendants for failure to answer the amended complaint.

For all of the above reasons, the a bond for security for costs is not warranted and the defendants' motion should be denied.

By: _____
Kimberly A. Graham, Esq.
Counsel for Plaintiff


### CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was mailed on this the 8th day of March, 2004 to:

Edward F. Osswalt,
Assistant Attorney General
55 Elm Street- P.O. Box 120
Hartford, CT 06141-0120

_____
Kimberly A. Graham

KIMBERLY A. GRAHAM • ATTORNEY AT LAW, L.L.C.
621 FARMINGTON AVENUE • HARTFORD, CT 06105 • (860) 523-9306 • FAX (860) 523-1274 • JURIS NO. 413679



UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

VINCENT LEE                                      CIVIL ACTION
    **PLAINTIFF**                             NO. 302CV2214 (AWT)

VS.

STATE OF CONNECTICUT/
DEPARTMENT OF MOTOR VEHICLES
DALE URSIN (Individual Capacity)
    **DEFENDANTS**                        MARCH 8, 2004

### AFFIDAVIT

1. My name is Vincent Lee and I am over the age of 18 years and understand the meaning of an oath.

2. I am the plaintiff in the above-captioned case and since my layoff from the Defendant State of Connecticut, Department of Motor Vehicles in January, 2003, I have been unable to maintain full time employment.

3. In spite of the loss of my position with the State, I still have two minor children who are dependent on me for financial support.

4. An order to pay a security bond would work a financial hardship on me and would have a detrimental affect on my ability to provide support for my minor children.

_____
Vincent Lee

Sworn and subscribed to before me on this the 8th day of March, 2004.

_____
Kimberly A. Graham,
Commissioner of the Superior Court

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing motion and amended complaint was mailed postage prepaid on this 8th day of March 2004 to:

Edward Osswalt
Assistant Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120

Kimberly A. Graham
Commissioner of the Superior Court