UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| VINCENT LEE,<br>    *Plaintiff* | CIVIL ACTION NO. 3:02CV2214(AWT) |
| v. | |
| STATE OF CONNECTICUT<br>DEPARTMENT OF MOTOR VEHICLES,<br>DALE URSIN (individual<br>capacity),<br>    *Defendants* | February 13, 2004 |

### DEFENDANTS' MOTION FOR SECURITY FOR COSTS

Pursuant to Rule 83.3 of the Local Rules of Civil Procedure, the defendants hereby move for an order requiring the plaintiff, Vincent Lee, to post a bond as security for costs in the amount of five hundred ($500.00) dollars.

DENIED. It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT   3/12/04

DEFENDANTS,
STATE OF CONNECTICUT
DEPARTMENT OF MOTOR VEHICLES,
DALE URSIN (individual capacity)

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Edward F. Osswalt
Assistant Attorney General
55 Elm Street - P. O. Box 120
Hartford, CT 06141-0120
Tel: (860) 808-5340
Fax: (860) 808-5383
E-Mail: Edward.Osswalt@po.state.ct.us
Federal Bar No.: ct 15252