UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

| | |
|---|---|
| VINCENT LEE,<br>*Plaintiff* | CIVIL ACTION NO.<br>3:02CV2214 (AWT) |
| v. | |
| STATE OF CONNECTICUT<br>DEPARTMENT OF MOTOR VEHICLES,<br>DALE URSIN<br>*Defendants* | FEBRUARY 12, 2004 |

## PLAINTIFF'S MOTION FOR DEFAULT JUDGEMENT

Pursuant to F.R.C.P. 41 (a)(2), the plaintiff, by and through his undersigned counsel respectfully moves this court to enter a default judgment against the defendants for failure to answer the second amended complaint.

In support of such motion, the plaintiff alleges that this court entered an order on December 17, 2003 granting plaintiff's motion to amend the complaint. Judge Thompson ordered the defendants to answer such amended complaint and the complaint has not yet been answered.

For all the foregoing reasons, the plaintiff moves this court to enter a default judgment against the defendants.

Respectfully submitted
VINCENT LEE, PLAINTIFF

BY: _____
KIMBERLY A. GRAHAM,
HIS ATTORNEY.
621 Farmington Avenue,
Hartford, CT 06105

DENIED. It is so ordered.
Alvin W. Thompson, U.S.D.J.
Hartford, CT 3/12/04
FILED 2004 MAR 15 P 5:0[ ]
U.S. DISTRICT COURT
HARTFORD, CT

---

**KIMBERLY A. GRAHAM • ATTORNEY AT LAW, L.L.C.**
621 FARMINGTON AVENUE • HARTFORD, CT 06105 • (860) 523-9306 • FAX (860) 523-1274 • JURIS NO. 413679