FILED

2004 MAR -4 P 4: 25

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| VINCENT LEE, | : | CIVIL ACTION NO. |
| *Plaintiff* | : | 3:02CV2214 (AWT) |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT | : | |
| DEPARTMENT OF MOTOR | : | |
| VEHICLES, DALE URSIN | : | |
| (official and individual | : | |
| capacity) JOSE SALINAS (official | : | |
| and individual capacity), | : | |
| *Defendants* | : | MARCH 4, 2004 |

**PLAINTIFF'S MOTION TO WAIVE SECURITY FOR COSTS**

Plaintiff, Vincent Lee respectfully requests that this Court waive the requirement of posting a bond in the amount of $500.00 as security for costs and damages in the above captioned case for the following equitable reasons:

1. Mr. Lee has been unable to maintain full time employment since he was laid off from his state position in January, 2003.

2. Mr. Lee has two minor children for whom he must provide support.

3. Further, the merits of the Plaintiff's case are unambiguous, and Defendants' liability is evident.

DENIED, as moot.
It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT  3/12/04

FILED 2004 MAR 15 P 5:0

KIMBERLY A. GRAHAM • ATTORNEY AT LAW, L.L.C.
621 FARMINGTON AVENUE • HARTFORD, CT 06105 • (860) 523-9306 • FAX (860) 523-1274 • JURIS NO. 413679