

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| VINCENT LEE,<br>*Plaintiff* | : | CIVIL ACTION NO.<br>3:02CV2214 (AWT) |
| v. | : | |
| STATE OF CONNECTICUT<br>DEPARTMENT OF MOTOR<br>VEHICLES, DALE URSIN<br>(official and individual<br>capacity) JOSE SALINAS (official<br>and individual capacity),<br>*Defendants* | :<br>:<br>:<br>:<br>: | MARCH 8, 2004 |

## PLAINTIFF'S AMENDED MOTION TO WAIVE SECURITY FOR COSTS

Plaintiff, Vincent Lee respectfully requests that this Court waive the requirement of posting a bond in the amount of $500.00 as security for costs and damages in the above captioned case for the following equitable reasons:

1. Mr. Lee has been unable to maintain full time employment since he was laid off from his state position in January, 2003.   Plaintiff's Exhibit A

2. Mr. Lee has two minor children for whom he must provide support. Plaintiff's Exhibit A.

3. Further, the merits of the Plaintiff's case are unambiguous, and Defendants' liability is evident.   **GRANTED. It is so ordered.**

Alvin W. Thompson, U.S.D.J.
Hartford, CT   3/12/04

KIMBERLY A. GRAHAM  •  ATTORNEY AT LAW, L.L.C.
621 FARMINGTON AVENUE • HARTFORD, CT 06105 • (860) 523-9306 • FAX (860) 523-1274 • JURIS NO. 413679