UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 MAR 23 P 12: 27

| | |
|---|---|
| VINCENT LEE,<br>    *Plaintiff* | CIVIL ACTION NO.<br>3:02CV2214 (AWT) |
| v. | |
| STATE OF CONNECTICUT<br>DEPARTMENT OF MOTOR VEHICLES,<br>DALE URSIN<br>    *Defendants* | MARCH 22, 2004 |

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO INTERROGATORIES AND TO COMPLETE DISCOVERY

The plaintiff, by and through undersigned counsel respectfully requests an extension of time until **April 19, 2004** to answer the defendants' interrogatories and further requests that the discovery period be extended until **July 15, 2004**.

In support of such motion, plaintiff's counsel alleges:

1. Plaintiff, Vincent Lee, (a National Guardsman) is presently on active duty and is unavailable to consult with counsel with regard to his responses to defendant's interrogatories.

2. The undersigned's (a solo practitioner) trial, court schedule and family obligations have presented conflicts for the undersigned which have precluded her from completing the discovery process.

3. This is counsel's first request for an extension of time to respond to interrogatories and to extend the discovery deadline.

4. Defense counsel, Assistant Attorney General Edward F. Osswalt was contacted and does not object to either of these requests.

For all of these reasons, undersigned counsel respectfully requests that her request for extensions of time until **April 19, 2004** and **July 15, 2004** be granted.

Respectfully submitted
VINCENT LEE, PLAINTIFF

BY: *[signature]*
KIMBERLY A. GRAHAM,
HIS ATTORNEY
621 Farmington Avenue,
Hartford, CT 06105
Tel. No. (860) 523-9306
Fax No. (860) 523-1274

### CERTIFICATION

This is to certify that a copy of the foregoing Motion for Extension of Time was mailed on this date to:

Edward F. Osswalt, Assistant Attorney General
Office of the Attorney General
55 Elm Street, P.O. Box 120
Hartford, CT 06141-0120

*[signature]*
KIMBERLY A. GRAHAM

KIMBERLY A. GRAHAM • ATTORNEY AT LAW, L.L.C.
621 FARMINGTON AVENUE • HARTFORD, CT 06105 • (860) 523-9306 • FAX (860) 523-1274 • JURIS NO. 413679