*(handwritten: 02cv 2214 mtn ext)*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

FILED

2004 MAR 23 P 12: 2

| | |
|---|---|
| VINCENT LEE, | : |
| *Plaintiff* | : |
| | : |
| v. | : |
| | : |
| STATE OF CONNECTICUT | : |
| DEPARTMENT OF MOTOR VEHICLES,: | |
| DALE URSIN | : |
| *Defendants* | : |

CIVIL ACTION NO.
3:02CV2214 (AWT)

MARCH 22, 2004

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO INTERROGATORIES AND TO COMPLETE DISCOVERY

The plaintiff, by and through undersigned counsel respectfully requests an extension of time until **April 19, 2004** to answer the defendants' interrogatories and further requests that the discovery period be extended until **July 15, 2004**.

In support of such motion, plaintiff's counsel alleges:

1.      Plaintiff, Vincent Lee, (a National Guardsman) is presently on active duty and is unavailable to consult with counsel with regard to his responses to defendant's interrogatories.

2.      The undersigned's (a solo practitioner) trial, court schedule and family obligations have presented conflicts for the undersigned which have precluded her from completing the discovery process.

3.      This is counsel's first request for an extension of time to respond to interrogatories and to extend the discovery deadline.

**KIMBERLY A. GRAHAM** • ATTORNEY AT LAW, L.L.C.
621 FARMINGTON AVENUE • HARTFORD, CT 06105 • (860) 523-9306 • FAX (860) 523-1274 • JURIS NO. 413679

*(left margin, rotated:)* Extensions GRANTED. Discovery shall be completed on or before July 15, 2004. It is so ordered.

Alvin W. Thompson, U.S.D.J.    Hartford, CT    3/27/2004

*(stamp, left margin:)* 2004 MAR 27 P 4: 01  FILED  U.S. DISTRICT COURT