UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| VINCENT LEE, | : | CIVIL ACTION NO. |
| *Plaintiff* | : | 3:02CV2214 (AWT) |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT | : | |
| DEPARTMENT OF MOTOR VEHICLES,: | | |
| DALE URSIN | : | |
| *Defendants* | : | JUNE 28, 2004 |

### PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO INTERROGATORIES AND TO COMPLETE DISCOVERY

The plaintiff, by and through undersigned counsel respectfully requests an extension of time until **September 3, 2004** to complete discovery in the above caption matter.

In support of such motion, plaintiff's counsel alleges:

1. Plaintiff has responded to defendant's interrogatory requests and requests for production.

2. The undersigned attorney's trial/court and briefing schedule o have presented conflicts for the undersigned which have precluded her from completing the discovery process.

3. This is counsel's second request for an extension of time to extend the discovery deadline and she does not anticipate any other extension requests to complete discovery.

4.      Defense counsel, Assistant Attorney General Edward F. Osswalt was contacted and does not object to this request.

5.      Plaintiff's counsel plans to issue interrogatories to the defendant and depose three witnesses. Defense counsel plans to depose the plaintiff.

For all of these reasons, undersigned counsel respectfully requests that her request for extension of time be granted.

Respectfully submitted
**VINCENT LEE, PLAINTIFF**

BY: *[signature]*
KIMBERLY A. GRAHAM,
HIS ATTORNEY
621 Farmington Avenue,
Hartford, CT 06105
Tel. No. (860) 523-9306
Fax No. (860) 523-1274

### **CERTIFICATION**

This is to certify that a copy of the foregoing Motion for Extension of Time was mailed on this date to:

Edward F. Osswalt, Assistant Attorney General
Office of the Attorney General
55 Elm Street, P.O. Box 120
Hartford, CT 06141-0120

*[signature]*
KIMBERLY A. GRAHAM