## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| VINCENT LEE, | : | CIVIL ACTION NO. |
| *Plaintiff* | : | 3:02CV2214 (AWT) |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT | : | |
| DEPARTMENT OF MOTOR VEHICLES,: | | |
| DALE URSIN | : | |
| *Defendants* | : | JUNE 28, 2004 |

2004 JUN 30 P 1:9
U.S. DISTRICT COURT
HARTFORD, CT
FILED

### PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO

### INTERROGATORIES AND TO COMPLETE DISCOVERY

The plaintiff, by and through undersigned counsel respectfully requests an

extension of time until **September 3, 2004** to complete discovery in the above caption

matter.

In support of such motion, plaintiff's counsel alleges:

1.      Plaintiff has responded to defendant's interrogatory requests and

requests for production.

2.      The undersigned attorney's trial/court and briefing schedule o have

presented conflicts for the undersigned which have precluded her

from completing the discovery process.

This is counsel's second request for an extension of time to extend

the discovery deadline and she does not anticipate any other

extension requests to complete discovery.

2004 JUL -2 P b: 52
U.S. DISTRICT COURT
HARTFORD, CT
FILED

Extension GRANTED, to and including
September 3, 2004 . It is so ordered.

Alvin W. Thompson, U.S.D.J.

Hartford, CT    7/ 2/04

KIMBERLY A. GRAHAM  •  ATTORNEY AT LAW, L.L.C.
621 FARMINGTON AVENUE • HARTFORD, CT 06105 • (860) 523-9306 • FAX (860) 523-1274 • JURIS No. 413679