**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
---------------------------------x
                                 :
VINCENT LEE,                     :
                                 :
         Plaintiff,              :
                                 :
v.                               :   Civil No.3:02CV02214(AWT)
                                 :
STATE OF CONNECTICUT,            :
DEPARTMENT OF MOTOR VEHICLES,    :
and DALE URSIN,                  :
                                 :
         Defendants.             :
                                 :
---------------------------------x
```

**ENDORSEMENT ORDER**

    Defendants' Motion for Reconsideration (Doc. No. 32) is hereby GRANTED, because the court had not considered the defendants' opposition (Doc. No. 27) at the time it granted the plaintiff's motion. Accordingly, the court's marginal endorsement order granting Plaintiff's Amended Motion to Waive Security for Costs (Doc. No. 26) is hereby VACATED.

    Upon reconsideration, Plaintiff's Amended Motion to Waive Security for Costs (Doc. No. 26) is hereby DENIED. For the reasons set forth by the defendants in their opposition, the plaintiff failed to demonstrate good cause for waiving the requirement that he post security for costs upon the request of the defendants.

    It is so ordered.

    Dated at Hartford, Connecticut this 18th day of July, 2004.

                                          /s/
                                  Alvin W. Thompson
                           United States District Judge