UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| VINCENT LEE, | : | CIVIL ACTION NO. |
| *Plaintiff* | : | 3:02CV2214(AWT) |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT, | : | |
| DEPARTMENT OF MOTOR VEHICLES | : | |
| and DALE URSIN, | : | |
| *Defendant*s | : | August 10, 2004 |

## DEFENDANTS UNOPPOSED MOTION TO MODIFY SCHEDULING ORDER

COMES NOW, defendants State of Connecticut, Department of Motor Vehicles and Dale Ursin, with the full concurrence and agreement of plaintiff's counsel, and requests an order modifying the scheduling order, resetting the discovery deadline from September 3, 2004 to September 30, 2004 and the deadline for filing dispositive motions to November 15, 2004.  In support of this motion, the defendants, through counsel, represents as follows:

1. The Court has reset the discovery deadline on two occasions.  The Court granted plaintiff's motion for extension of time to complete discovery, resetting the discovery deadline to September 3, 2004 (Doc. # 36, July 2, 2004).

2. The current deadline for filing summary judgment precedes the discovery deadline and was set for May 21, 2004 (Endorsement 8-1, dated September 5, 2003).

3. The parties are in the middle of the discovery process.  The plaintiff's filed written discovery upon the defendants on August 3, 2004.

4. The parties were not able to schedule the deposition of the plaintiff, Vincent Lee, until early September, 2004 due to scheduling problems.  The defendants represent

they will need additional time to obtain and review the plaintiff's deposition transcript prior to filing a motion for summary judgment.

 5. Pursuant to Local Rule 7(b), the undersigned contacted plaintiff's counsel, Kimberly Graham, Esq., and she concurs and has NO OBJECTION to this motion.

 WHEREFORE, the defendants respectfully request an order modifying the scheduling order, resetting the discovery deadline to September 30, 2004 and deadline for filing of dispositive motions to November 15, 2004.

        DEFENDANTS,
        STATE OF CONNECTICUT,
        DEPARTMENT OF MOTOR VEHICLES,
        DALE URSIN

        RICHARD BLUMENTHAL
        ATTORNEY GENERAL

  By: _____
     Edward F. Osswalt
     Assistant Attorney General
     Federal Bar # ct15252
     55 Elm Street, P.O. Box 120
     Hartford, CT 06141-0120
     Tel: (860) 808-5340
     Fax: (860) 808-5383
     E-mail: Edward.Osswalt@po.state.ct.us

## **CERTIFICATION**

The undersigned hereby certifies that on this 10th day of August, 2004 a copy of the aforementioned Defendants Unopposed Motion to Modify Scheduling Order was sent by First Class United States mail, postage prepaid to:

Kimberly A. Graham, Esq.
621 Farmington Avenue
Hartford, CT 06105
Tel.: (860) 523-9306

_____
Edward F. Osswalt
Assistant Attorney General