UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| VINCENT LEE, *Plaintiff* | : : : | CIVIL ACTION NO. 3:02CV2214(AWT) |
| v. | : : | |
| STATE OF CONNECTICUT, DEPARTMENT OF MOTOR VEHICLES and DALE URSIN, *Defendants* | : : : : : | August 10, 2004 |

FILED 2004 AUG 10 A 11: 23 U.S. DISTRICT COURT HARTFORD, CT.

### DEFENDANTS UNOPPOSED MOTION TO MODIFY SCHEDULING ORDER

COMES NOW, defendants State of Connecticut, Department of Motor Vehicles and Dale Ursin, with the full concurrence and agreement of plaintiff's counsel, and requests an order modifying the scheduling order, resetting the discovery deadline from September 3, 2004 to September 30, 2004 and the deadline for filing dispositive motions to November 15, 2004. In support of this motion, the defendants, through counsel, represents as follows:

1. The Court has reset the discovery deadline on two occasions. The Court granted plaintiff's motion for extension of time to complete discovery, resetting the discovery deadline to September 3, 2004 (Doc. # 36, July 2, 2004).

2. The current deadline for filing summary judgment precedes the discovery deadline and was set for May 21, 2004 (Endorsement 8-1, dated September 5, 2003).

3. The parties are in the middle of the discovery process. The plaintiff's filed written discovery upon the defendants on August 3, 2004.

4. The parties were not able to schedule the deposition of the plaintiff, Vincent Lee, until early September, 2004 due to scheduling problems. The defendants represent

---

GRANTED. Discovery shall be completed on or before September 30, 2004. Dispositive motions, if any, shall be filed on or before November 15, 2004. It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT
8/12/04