UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| VINCENT LEE, | : | CIVIL ACTION NO. |
| *Plaintiff* | : | 3:02CV2214(AWT) |
| | : | |
| V. | : | |
| | : | |
| STATE OF CONNECTICUT, | : | |
| DEPARTMENT OF MOTOR VEHICLES | : | |
| AND DALE URSIN, | : | |
| *Defendant*s | : | SEPTEMBER 8, 2004 |

**JOINT MOTION FOR PROTECTIVE ORDER**

This action alleges employment discrimination and retaliation arising from Plaintiff's employment position within the State of Connecticut, Department of Motor Vehicles ("DMV"). Certain personnel records produced, or to be produced by both parties, disclose confidential information and/or identities or identifying characteristics of non-party employees and confidential employee personnel information. In addition, certain records to be produced by the defendants are confidential pursuant to the provisions of Conn. Gen. Stat. § 1-82a. To facilitate necessary discovery in the above-referenced matter, the parties jointly enter into the following protective order:

      1.      In the course of discovery, the parties will disclose all discoverable records relating to the Plaintiff's allegations and in the possession of either plaintiff or defendants. Any information deemed to fall within the parameters of this Order shall be maintained as

confidential. All records described hereinabove and disclosed by the parties relating to the allegations of the Complaint shall be disclosed only to counsel for the parties and the parties themselves. The records and the information contained therein defined hereby as confidential shall not be redisclosed by any counsel or party except as provided below.

2. All documents produced by either Plaintiff or Defendant containing such information shall be deemed confidential and not redisclosed by anyone.

3. Attorneys for the parties may disclose confidential records to their clients, representatives of the Department of Motor Vehicles who are involved in the defense of this action and to the parties' expert consultants, if any, but only to the minimum extent necessary to litigate this case.

4. Any person to whom disclosure is to be made pursuant to this Order shall be provided with a copy of this Protective Order and shall be strictly bound by the obligation not to redisclose the confidential information, i.e., personally-identifiable information about present or former state employees and/or documents covered under § 1-82a to the extent provided herein.

5. At the conclusion of the litigation, all such confidential information shall be returned to the party providing it.

6.      Nothing herein shall be construed to preclude or restrict public access to Court filed documents or any future trial, unless further Order by the Court.

        PLAINTIFF,
        VINCENT LEE

By: _____
        Kimberly A. Graham, Esq.
        621 Farmington Avenue
        Hartford, CT  06105

        DEFENDANTS
        STATE OF CONNECTICUT,
        DEPARTMENT OF MOTOR VEHICLES,
        DALE URSIN

        RICHARD BLUMENTHAL,
        ATTORNEY GENERAL

By: _____
        Edward F. Osswalt
        Assistant Attorney General
        Federal Bar No. ct15252
        55 Elm Street - P.O. Box 120
        Hartford, CT 06141-0120
        Tel:  (860) 808-5340
        Fax.: (860) 808-5383
        Email: Edward.Osswalt@po.state.ct.us