UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| VINCENT LEE, | : | CIVIL ACTION NO. |
| *Plaintiff* | : | 3:02CV2214(AWT) |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT, | : | |
| DEPARTMENT OF MOTOR VEHICLES | : | |
| and DALE URSIN, | : | |
| *Defendant*s | : | September 9, 2004 |

## JOINT MOTION TO MODIFY THE SCHEDULING ORDER

COMES NOW, defendants State of Connecticut, Department of Motor Vehicles and Dale Ursin, with the full concurrence and agreement of plaintiff's counsel, and requests an order modifying the scheduling order, resetting the discovery deadline to October 31, 2004 and the deadline for filing dispositive motions to December 15, 2004. In support of this motion, the defendants, through counsel, represents as follows:

1.  The current Scheduling Order has set the discovery deadline for September 30, 2004 and for filing of dispositive motions for November 15, 2004. (Doc. # 39, August 12, 2004).

3.  The parties are in the middle of the discovery process. The plaintiff's filed written discovery upon the defendants on August 3, 2004.

4.  Defendants have filed this same date a motion for extension of time to respond to plaintiff's written discovery to September 22, 2004.

5.  The parties represent that due to a "family emergency" the plaintiff was unavailable for his scheduled deposition on September 8, 2004. The defendants will

reschedule plaintiff's deposition for September 27, 2004.  The plaintiff has also recently expressed his desire to depose several non-party witnesses.  These non-party witnesses, employees of the defendant now need to be contacted to ascertain their availability as well.  Counsel represent that they will need additional time to obtain and review deposition transcripts prior to filing a motion for summary judgment.

WHEREFORE, the parties respectfully request an order modifying the scheduling order, resetting the discovery deadline to October 31, 2004 and deadline for filing of dispositive motions to December 15, 2004.

        DEFENDANTS,
        STATE OF CONNECTICUT,
        DEPARTMENT OF MOTOR VEHICLES,
        DALE URSIN

        RICHARD BLUMENTHAL
        ATTORNEY GENERAL

By: _____
     Edward F. Osswalt
     Assistant Attorney General
     Federal Bar # ct15252
     55 Elm Street, P.O. Box 120
     Hartford, CT 06141-0120
     Tel: (860) 808-5340
     Fax: (860) 808-5383
     E-mail: Edward.Osswalt@po.state.ct.us
     FOR THE DEFENDANTS

By: _____
     Kimberly A. Graham
     Federal Bar # ct11920
     For the PLAINTIFF
     E-mail: Kimberly.A.Graham@snet.net

## **CERTIFICATION**

The undersigned hereby certifies that on this _____ day of September, 2004 a copy of the aforementioned Joint Motion to Modify the Scheduling Order was sent by First Class United States mail, postage prepaid to:

Kimberly A. Graham, Esq.
621 Farmington Avenue
Hartford, CT  06105
Tel.: (860) 523-9306

_____
Edward F. Osswalt
Assistant Attorney General