

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 SEP 10 A 11: 50
U.S. DISTRICT COURT
HARTFORD, CT.

| | | |
|---|---|---|
| VINCENT LEE,<br>*Plaintiff* | : | CIVIL ACTION NO.<br>3:02CV2214(AWT) |
| V. | : | |
| STATE OF CONNECTICUT,<br>DEPARTMENT OF MOTOR VEHICLES<br>AND DALE URSIN,<br>*Defendants* | :<br>:<br>:<br>: | SEPTEMBER 8, 2004 |

### JOINT MOTION FOR PROTECTIVE ORDER

This action alleges employment discrimination and retaliation arising from Plaintiff's employment position within the State of Connecticut, Department of Motor Vehicles ("DMV"). Certain personnel records produced, or to be produced by both parties, disclose confidential information and/or identities or identifying characteristics of non-party employees and confidential employee personnel information. In addition, certain records to be produced by the defendants are confidential pursuant to the provisions of Conn. Gen. Stat. § 1-82a. To facilitate necessary discovery in the above-referenced matter, the parties jointly enter into the following protective order:

1. In the course of discovery, the parties will disclose all discoverable records relating to the Plaintiff's allegations and in the possession of either plaintiff or defendants. Any information deemed to fall within the parameters of this Order shall be maintained as

**GRANTED. It is so ordered.**

Alvin W. Thompson, U.S.D.J
Hartford, CT   9/17/04