

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| VINCENT LEE,<br>*Plaintiff* | : CIVIL ACTION NO.<br>: 3:02CV2214(AWT) |
| v. | : |
| STATE OF CONNECTICUT,<br>DEPARTMENT OF MOTOR VEHICLES<br>and DALE URSIN,<br>*Defendants* | :<br>:<br>:<br>: September 9, 2004 |

FILED
2004 SEP 10 A 11: 51
U.S. DISTRICT COURT
HARTFORD, CT.

### DEFENDANTS MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S INTERROGATORIES AND REQUESTS FOR PRODUCTION

COMES NOW, defendants State of Connecticut, Department of Motor Vehicles and Dale Ursin, and move for an extension of time to and including September 22, 2004 in which to file responses to plaintiff's interrogatories and requests for production, dated August 3, 2004. In support of this motion, the defendants represent as follows:

1. The defendants need additional time in which to compile the voluminous amount of material requested by the plaintiff. Defendant Department of Motor Vehicles has been diligently attempting to compile the requested material but due to vacation schedules and other demands has not been able to finalize the response.

2. Pursuant to Local Rule 7(b), the undersigned counsel contacted plaintiff's counsel, Kimberly Graham, Esq., and she has no objection to this motion.

3. This is the defendants' first request for additional time in which to file responses to these discovery requests.

**Extension GRANTED, to and including September 22, 2004. It is so ordered.**

Alvin W. Thompson, U.S.D.J.
Hartford, CT   9/17/04

FILED 2004 SEP 17 P 3:08 U.S. DISTRICT COURT HARTFORD, CT.