GRANTED. Discovery shall be completed on or before October 31, 2004. Dispositive motions, if any, shall be filed on or before December 15, 2004. It is so ordered.

Alvin W. Thompson, U.S.D.J.    Hartford, CT  9/17/04

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

**FILED**
2004 SEP 14 P 3: 28
U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| VINCENT LEE, *Plaintiff* | : CIVIL ACTION NO. <br> : 3:02CV2214(AWT) |
| v. | : |
| STATE OF CONNECTICUT, DEPARTMENT OF MOTOR VEHICLES and DALE URSIN, *Defendants* | : <br> : September 9, 2004 |

## JOINT MOTION TO MODIFY THE SCHEDULING ORDER

COMES NOW, defendants State of Connecticut, Department of Motor Vehicles and Dale Ursin, with the full concurrence and agreement of plaintiff's counsel, and requests an order modifying the scheduling order, resetting the discovery deadline to October 31, 2004 and the deadline for filing dispositive motions to December 15, 2004. In support of this motion, the defendants, through counsel, represents as follows:

1. The current Scheduling Order has set the discovery deadline for September 30, 2004 and for filing of dispositive motions for November 15, 2004. (Doc. # 39, August 12, 2004).

3. The parties are in the middle of the discovery process. The plaintiff's filed written discovery upon the defendants on August 3, 2004.

4. Defendants have filed this same date a motion for extension of time to respond to plaintiff's written discovery to September 22, 2004.

5. The parties represent that due to a "family emergency" the plaintiff was unavailable for his scheduled deposition on September 8, 2004. The defendants will