)

*27  P 3: 25

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| VINCENT LEE,<br>  *Plaintiff* | : | CIVIL ACTION NO. |
| | : | 3:02CV2214 (AWT) |
| | : | |
| V. | : | |
| | : | |
| STATE OF CONNECTICUT | : | |
| DEPARTMENT OF MOTOR | : | |
| AN*D DALE* URSIN, | : | |
|   *Defendants* | : | OCTOBER 29, 2004 |

## PLAINTIFF'S MOTION TO COMPEL DISCOVERY RESPONSES

Pursuant to F.R.C.P. 37, the Plaintiff, Vincent Lee moves this Court to compel the defendant, State of Connecticut to answer Plaintiff's Interrogatories which were served on August 3, 2004 in accord with the questions asked and the definitions provided.  In support of this motion, the plaintiff alleges the following:

1. On August 3, 2004, the plaintiff served Interrogatories and Requests for Production on the Defendant, State of Connecticut.

2.  On September 9, 2004, the Defendant State of Connecticut moved for an extension of time to answer such interrogatories until September 22, 2004. Such motion was granted.

3.  The answers to such interrogatories were served on the plaintiff on September 30, 2004, by email transmission; however, the defendant did not provide the sworn oath of the Defendant's Agent until October 7, 2004.

4.  On September 17, 2004, the parties' Joint Motion for a Protective Order was granted.

## ORAL ARGUMENT IS REQUESTED

1

**KIMBERLY A. GRAHAM** • ATTORNEY AT LAW, L.L.C.
621 FARMINGTON AVENUE • HARTFORD, CT 06105 • (860) 523-9306 • FAX (860) 523-1274 • JURIS NO. 413679

5. In his Interrogatory requests, plaintiff included an, "Instructions and Definitions" section which defined the term, " 'identify' with reference to an individual person means to state his/her full name, his business and home addresses and telephone numbers, his/her present position and business affiliation or employment, if any, date of birth and his social security number."

6. In Plaintiff's Interrogatory #3, plaintiff requested that the defendant, "[i]dentify by name, job title, race, gender, home address and home telephone number, any and all persons who made the decision to terminate the plaintiff from his employment on or about January 25, 2000.

7. Defendant answered Interrogatory #3 by identifying two males, one of which is a co-defendant, Dale Ursin. The defendant did not provide the home address of the other male it identified by name of Jose O. Salinas. Instead, the defendant provided the address of 60 State Street, Wethersfield, CT 06161 as the address of the individuals at the time of their employment. The address is the address of the defendant, State of Connecticut, Department of Motor Vehicles. Neither of the individuals identified by the defendant is currently employed by the Department of Motor Vehicles. **Also see Defendant's answer to Interrogatories # 1 and 9(a).**

8. Plaintiff's Interrogatory # 12, plaintiff request that the defendant identify each employee disciplined for deliberate misuse of state telephones and/or misuses of a state computer and/or misuse of state time to conduct personal business during the period 1996-2001. The Interrogatory further requested that each employee be identified by name, job title, race, gender, number of years employed with the DMV and to state the nature of the allegation for which the employee was disciplined, the discipline received and record of disciplinary history.

9. The defendant did not include in its responses the record of disciplinary history nor did the defendant include the business and home addresses, telephone numbers, dates of birth or social security numbers of any of the persons identified in its responses to Plaintiff's Interrogatory #12.

2

10. In Plaintiff's Interrogatory #18, Plaintiff requested that the Defendant to, "identify by name, address, telephone number, job title, race and gender each and every DMV employee who was disciplined for misuse state equipment from 1994 - 2004. For each employee identified, state with specificity his or her disciplinary record, including but not limited to the date of such discipline, nature of such discipline, and charges for which they were disciplined."

11. Defendant did not provide home addresses, telephone numbers or disciplinary records for any of the individuals it identified in response to Interrogatory #18. Instead of supplying home addresses, the defendant responded that, "[t]he address (sic) and telephone number for those individuals is 60 State Street, Wethersfield, CT 06106; (860) 263-5000." The address provided for the individuals is the Defendant's address and according to the defendant's responses, the three individuals identified are no longer employed by the defendant.

12. Plaintiff's counsel has made good faith efforts to resolve the disputed issues with regard to the addresses, without complete success. Defendant's counsel did make available for deposition some of the defendant's employees; however, home addresses are required for contact to be made with persons who are no longer employed by the defendant. Defendant's counsel has refused to supply the home addresses although requested.

13. Plaintiff's counsel attempted to talk with defendant's counsel on October 21, 2004 after the conclusion of two depositions; however, Attorney Osswalt's schedule would not afford him the opportunity to discuss the matter at that time.

14. Plaintiff's counsel is out of time for any further discussions as the discovery deadline is Sunday, October 31, 2004 and plaintiff's counsel has cautioned defense counsel that time was of the essence.

15. A copy of the relevant Interrogatories, Instructions and Defendant's Responses thereto are attached hereto as **Exhibit A.**

3

For all of the above reasons, the plaintiff requests that his motion to compel be granted.  A memorandum of law is attached hereto.

Respectfully submitted,
VINCENT LEE

BY: _____
**KIMBERLY A. GRAHAM,**
**His Attorney**
621 Farmington Avenue
Hartford, CT 06105

## CERTIFICATION

This is to certify that a copy of the foregoing Motion to Compel and its attached Memorandum of Law were mailed, postage pre-paid on this the 29th day of October, 2004 to the following:

Edward Osswalt
Assistant Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120

_____
Kimberly A. Graham

4

 (33 0CT 29  P 3: 25

**UNITED STATES DISTRICT COURT**
**CT DISTRICT OF CONNECTICUT**

VINCENT LEE,                           :        CIVIL ACTION NO.
        *Plaintiff*                    :        3:02CV2214 (AWT)
                                       :
V.                                     :
                                       :
STATE OF CONNECTICUT                   :
DEPARTMENT OF MOTOR                    :
AN*D DALE* URSIN,                      :
        *Defendants*                   :        OCTOBER 29, 2004


### <u>PLAINTIFF'S NOTICE OF MANUAL FILING</u>


        The plaintiff is unable to produce documents in .pdf form and therefore files his Notice of Manual Filing the following documents:

        1.  Motion to Compel Discovery Responses;

        2.  Plaintiff's Memorandum of Law in Support of his Motion to Compel Discovery Responses.

        3.  Exhibit A.


                                    Respectfully submitted,
                                    VINCENT LEE

                                    BY:
                                    Kimberly A. Graham,
                                    His Attorney
                                    621 Farmington Avenue
                                    Hartford, CT 06105

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing motion and amended complaint

was mailed postage prepaid on this 29th day of October 2004 to:

Edward Osswalt
Assistant Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120

Kimberly A. Graham
Commissioner of the Superior Court