October 15, 2004

Dear Ed:

Yes. I do intend to use the last week in October to do depositions however I still have not received completed discovery from you including the addresses of the persons identified in the state's interrogatory responses. Further, I would like to depose Robert Waz, Carol Driscoll and Andrew Munson.

As you are aware, time is of the essence and I need their addresses if I am required to subpeona them. I assume your representation with regard to accepting notice for the Silbos is still true and you will have them here for depositions. I have not sent them a subpeona because their home addresses were not supplied. I will send to you other discovery lapses by Monday in hopes that the problems can be resolved without a motion to compel.

### NOTICE

THIS MESSAGE CONTAINS PRIVILIGED AND CONFIDENTIAL INFORMATION INTENDED SOLELY FOR THE USE OF THE ADDRESSEE(S) NAMED ABOVE. ANY DISCLOSURE, DISTRIBUTION, COPYING OR USE OF THE INFORMATION BY OTHERS IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS MESSAGE IN ERROR, PLEASE ADVISE THE SENDER BY IMMEDIATE REPLY AND DELETE THE ORIGINAL MESSAGE. THANK YOU.

### NOTICE

THIS MESSAGE CONTAINS PRIVILIGED AND CONFIDENTIAL INFORMATION INTENDED SOLELY FOR THE USE OF THE ADDRESSEE(S) NAMED ABOVE. ANY DISCLOSURE, DISTRIBUTION, COPYING OR USE OF THE INFORMATION BY OTHERS IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS MESSAGE IN ERROR, PLEASE ADVISE THE SENDER BY IMMEDIATE REPLY AND DELETE THE ORIGINAL MESSAGE. THANK YOU.

### NOTICE

EXHIBIT A

**Osswalt, Edward F.**

**From:** Osswalt, Edward F.
**Sent:** Monday, October 18, 2004 4:19 PM
**To:** 'Kimberly Graham'
**Subject:** RE: FW: Lee v. State of Connecticut

Kimberly: You will need to subpoena Mr. Waz as I previously indicated. He is no longer a state employee. Please tell me the date you want to depose Driscoll and Munson so I can attempt to arrange it. Let me also know when you are deposing Waz. As I indicated I am not available on the 27th or 29th due to CHRO heariongs. I take it that you no longer want to depose Steve Dodge. Thanks .

**From:** Kimberly Graham [mailto:kimberly.a.graham@snet.net]
**Sent:** Monday, October 18, 2004 4:04 PM
**To:** Osswalt, Edward F.
**Subject:** Re: FW: Lee v. State of Connecticut

Yes. I want the 26th, 27th, 28th and I want Waz, Munson and Driscoll. I don't think I will need Ursin, but leave him tentatively scheduled for the 28th. Do I need to subpeona Mr. Waz?

*"Osswalt, Edward F." <Edward.Osswalt@po.state.ct.us>* wrote:

> Hello Kimberly: I really need to know now what you intend to do regarding depositions other than the Silbos who are on for thursday, the 21st, per my e-mail of the 15th. You mentioned at Mr. Lee's deposition you were considering the 26th, 27th or 28th for the depositions. I am available the 26th or the 28th. I have a CHRO hearing the 27th and 29th. In addition, Mr. Ursin reports that he is available on the 28th. Do you want Mr. Dodge as you had mentioned? Shall I attempt to arrange Waz, Munson and Driscoll also on the 28th or on 26th? Please advise immediately.Time is short! Thanks. Ed
>
> **From:** Osswalt, Edward F.
> **Sent:** Friday, October 15, 2004 2:59 PM
> **To:** 'Kimberly Graham'
> **Subject:** RE: Lee v. State of Connecticut
>
> Dear Kim: I'm working on Robert Waz's address. Ms. Driscoll is still a state employee but with another agency---- Andrew Munson is still with DMV. If you will give me dates and times for the latter two I will attempt to arrange the depos.It turns out that the Silbo's are available and will be there on the 21st. The only caveat being they have to leave by 4:30 to attend to child care obligations.Will this be a problem? Previously you had mentioned Steve Dodge. Do you want him? Ed
> **Sent:** Friday, October 15, 2004 12:34 PM
> **To:** Osswalt, Edward F.
> **Subject:** Lee v. State of Connecticut
>
> October 15, 2004
>
> Dear Ed:
>
> Yes. I do intend to use the last week in October to do depositions however I still have not received completed discovery from you including the addresses of the persons identified in the state's interrogatory responses. Further, I would like to depose Robert Waz, Carol

Driscoll and Andrew Munson.

As you are aware, time is of the essence and I need their addresses if I am required to subpeona them. I assume your representation with regard to accepting notice for the Silbos is still true and you will have them here for depositions. I have not sent them a subpeona because their home addresses were not supplied. I will send to you other discovery lapses by Monday in hopes that the problems can be resolved without a motion to compel.

## NOTICE

THIS MESSAGE CONTAINS PRIVILIGED AND CONFIDENTIAL INFORMATION INTENDED SOLELY FOR THE USE OF THE ADDRESSEE(S) NAMED ABOVE. ANY DISCLOSURE, DISTRIBUTION, COPYING OR USE OF THE INFORMATION BY OTHERS IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS MESSAGE IN ERROR, PLEASE ADVISE THE SENDER BY IMMEDIATE REPLY AND DELETE THE ORIGINAL MESSAGE. THANK YOU.

## NOTICE

THIS MESSAGE CONTAINS PRIVILIGED AND CONFIDENTIAL INFORMATION INTENDED SOLELY FOR THE USE OF THE ADDRESSEE(S) NAMED ABOVE. ANY DISCLOSURE, DISTRIBUTION, COPYING OR USE OF THE INFORMATION BY OTHERS IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS MESSAGE IN ERROR, PLEASE ADVISE THE SENDER BY IMMEDIATE REPLY AND DELETE THE ORIGINAL MESSAGE. THANK YOU.

11/19/2004

**Osswalt, Edward F.**

**From:** Kimberly Graham [kimberly.a.graham@snet.net]
**Sent:** Friday, October 22, 2004 12:22 PM
**To:** Osswalt, Edward F.
**Subject:** Lee v. State of Ct

I can do both Driscoll and Munson on the 28th with one starting at 10:00 a.m. and the other at 11:30 a.m. If you cannot set them up for the deposition, please provide their home address so that they can be issued a subpeona.

## NOTICE

THIS MESSAGE CONTAINS PRIVILIGED AND CONFIDENTIAL INFORMATION INTENDED SOLELY FOR THE USE OF THE ADDRESSEE(S) NAMED ABOVE. ANY DISCLOSURE, DISTRIBUTION, COPYING OR USE OF THE INFORMATION BY OTHERS IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS MESSAGE IN ERROR, PLEASE ADVISE THE SENDER BY IMMEDIATE REPLY AND DELETE THE ORIGINAL MESSAGE. THANK YOU.

**Osswalt, Edward F.**

| | |
|---|---|
| From: | Osswalt, Edward F. |
| Sent: | Monday, October 25, 2004 2:06 PM |
| To: | 'Kimberly Graham' |
| Subject: | Your depositions |

I received your e-mail of Friday afternoon regarding Munson and Driscoll. I was able to contact Mr. Munson who will be at your office Thursday @ 10:00a.m. I was not able to speak as yet with Ms. Driscoll. I did leave a message on her voice mail. Please advise whether Mr. Was' deposition is going forward tomorrow asap.

Ed Osswalt
Attorney General's Office
55 Elm Street
P.O. Box 120
Hartford, CT 06105

Phone: (860) 808-5340
Fax: (860) 808-5383
URL: http://www.cslib.org/attygenl

**Osswalt, Edward F.**

**From:** Osswalt, Edward F.
**Sent:** Monday, October 25, 2004 3:25 PM
**To:** 'Kimberly Graham'

Kim: I just got off the phone with Ms. Driscoll. She assured me that she will be there at your office on Thursday, October 28th, 2004 at 11:30 a.m.

Ed Osswalt
Attorney General's Office
55 Elm Street
P.O. Box 120
Hartford, CT 06105

Phone: (860) 808-5340
Fax: (860) 808-5383
URL: http://www.cslib.org/attygenl

**Osswalt, Edward F.**

| | |
|---|---|
| **From:** | Osswalt, Edward F. |
| **Sent:** | Monday, October 25, 2004 3:44 PM |
| **To:** | 'Kimberly Graham' |
| **Subject:** | Notices of Deposition |

Please fax to me asap Notices of Depositions for Mr. Munson and Ms Driscoll --- 10:00a.m. and 11:30 a.m. respectively on the 28th. They need to submit to their bosses.

Ed Osswalt
Attorney General's Office
55 Elm Street
P.O. Box 120
Hartford, CT 06105

Phone:  (860) 808-5340
Fax:    (860) 808-5383
URL:    http://www.cslib.org/attygenl

**Osswalt, Edward F.**

| | |
|---|---|
| **From:** | Osswalt, Edward F. |
| **Sent:** | Tuesday, October 26, 2004 9:25 AM |
| **To:** | 'Kimberly Graham' |
| **Subject:** | Lee v. DMV |

This will confirm our telephone conversation this morning whereby you informed me that you would not be taking Robert Was' deposition today at 10:00 a.m.. Please fax to me deposition notices for Andrew Munson and Carol Driscoll as I requested yesterday. Mr. Munson will be at your office Thursday the 28th at 10:00 and ms. Driscoll at 11:30 per your e-mail last Friday.

Ed Osswalt
Attorney General's Office
55 Elm Street
P.O. Box 120
Hartford, CT 06105

Phone:  (860) 808-5340
Fax:    (860) 808-5383
URL:    http://www.cslib.org/attygenl