**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
---------------------------------x
VINCENT LEE,                     :
                                 :
          Plaintiff,             :
                                 :
v.                               : Civil No.3:02CV02214(AWT)
                                 :
STATE OF CONNECTICUT,            :
DEPARTMENT OF MOTOR VEHICLES,    :
and DALE URSIN,                  :
                                 :
          Defendants.            :
---------------------------------x
```

**REFERRAL TO MAGISTRATE JUDGE**

This case is referred to Magistrate Judge <u>Donna F. Martinez</u> for the following purposes:

\_\_\_\_\_   All purposes except trial, unless the parties consent to trial before the Magistrate Judge (orefcs.)

\_\_\_\_\_   A ruling on all pretrial motions, except dispositive motions (orefmisc./dscv)

\_\_\_\_\_   To supervise discovery and resolve discovery disputes (orefmisc./dscv)

__X__   A ruling on the following motion(s), which is/are currently pending:(orefm.)
  • Doc.# <u>46</u> <u>Motion to Compel</u>

\_\_\_\_\_   A settlement conference (orefmisc./cnf)

\_\_\_\_\_   A conference to discuss the following: (orefmisc./cnf)

\_\_\_\_\_   Other: (orefmisc./misc)

SO ORDERED this 30th day of November 2004, at Hartford, Connecticut.

/s/
Alvin W. Thompson
United States District Judge