UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| VINCENT LEE, | : | CIVIL ACTION NO. 3:02CV2214(AWT) |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT | : | |
| DEPARTMENT OF MOTOR VEHICLES, | : | |
| DALE URSIN (official and individual capacity) | : | |
| *Defendants* | : | December 3, 2004 |

### MOTION FOR EXTENSION OF TIME TO FILE SUMMARY JUDGMENT

COMES NOW, defendants State of Connecticut, Department of Motor Vehicles and Dale Ursin and respectfully request an extension of time up to and including January 21, 2005 in which to file their dispositive motion. In support of this motion, the defendants, through counsel, represent as follows:

1. The discovery deadline in the above-captioned matter was October 31, 2004 and the deadline for filing a dispositive motion is December 15, 2004 (Doc. # 45).

2. The undersigned has been working on the dispositive motion in the above-captioned matter but is unable to complete it due to recently arising depositions noticed by plaintiffs' counsel in other cases which caused him to delay in the preparation and finalizing defendants' dispositive motion papers.

3. The undersigned has two other dispositive motions in federal court due in the same timeframe as the above-captioned matter; those being <u>Heidari v. DPH</u>, 3:03CV1822(SRU) and <u>Smedberg v. DOT</u>, 3:03CV1168(JCH). The current deadline for filing dispositive motions in those matters is also December 15, 2004. In addition, the undersigned has been engaged in the

trial of a matter before the Commission on Human Rights and Opportunities, <u>Dako-Smith v. DMHAS</u>, CHRO No. 0020228, which has taken up a considerable amount of time and is scheduled on various dates in the ensuing months which will require his continuing attendance and attention.

      4.      In the interest of justice, the undersigned respectfully requests the indulgence of the Court in granting an extension in order to allow the defendants' position to be properly represented. The undersigned apologizes to the Court for the delay but unforeseen matters that cropped up has caused an undue delay in preparing the dispositive motion papers in this action.

      5.      The plaintiff will not be prejudiced by the delay.

      6.      This is the defendants' third request to extend the deadline to file dispositive motion papers.

      7.      Pursuant to Local Rule 7(b), the undersigned contacted plaintiff's counsel, Kimberly Graham, Esq. via e-mail at 2:39 p.m. on December 1, 2004 and informed her of the substance of this motion and requested that she advise if she objected. As of this time of mailing this motion at 4:00 p.m. on December 3, 2004, Attorney Graham has not responded to the undersigned's e-mail.

      WHEREFORE, the defendants respectfully request an extension of time to and including January 21, 2005 in which to file their summary judgment papers.

                DEFENDANTS,
                STATE OF CONNECTICUT
                DEPARTMENT OF MOTOR VEHICLES,
                DALE URSIN (individual capacity)

                RICHARD BLUMENTHAL
                ATTORNEY GENERAL

BY: _____
     Edward F. Osswalt
     Assistant Attorney General
     55 Elm Street - P. O. Box 120
     Hartford, CT  06141-0120
     Tel:  (860) 808-5340
     Fax:  (860) 808-5383
     E-Mail:Edward.Osswalt@po.state.ct.us
     Federal Bar No.: ct 15252

## **CERTIFICATION**

I hereby certify that a copy of the foregoing Defendants' Motion for Extension of Time to File Summary Judgment was mailed, first class postage prepaid, this 3rd day of December 2004 to:

Kimberly A. Graham
Attorney At Law
621 Farmington Avenue
Hartford, CT  06105

                _____
                Edward F. Osswalt
                Assistant Attorney General