*[Handwritten margin note: GRANTED, absent objection. Dispositive motions, if any, shall be filed on or before January 21, 2005. It is so ordered. Alvin W. Thompson, U.S.D.J. Hartford, CT 12/15/04]*

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED** 2004 DEC -6 A 9 49
U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| VINCENT LEE, <br> *Plaintiff* | : CIVIL ACTION NO. 3:02CV2214(AWT) <br> : <br> : |
| v. | : <br> : |
| STATE OF CONNECTICUT <br> DEPARTMENT OF MOTOR VEHICLES, <br> DALE URSIN (official and individual <br> capacity) <br> *Defendants* | : <br> : <br> : <br> : <br> : December 3, 2004 |

### MOTION FOR EXTENSION OF TIME TO FILE SUMMARY JUDGMENT

COMES NOW, defendants State of Connecticut, Department of Motor Vehicles and Dale Ursin and respectfully request an extension of time up to and including January 21, 2005 in which to file their dispositive motion. In support of this motion, the defendants, through counsel, represent as follows:

1. The discovery deadline in the above-captioned matter was October 31, 2004 and the deadline for filing a dispositive motion is December 15, 2004 (Doc. # 45).

2. The undersigned has been working on the dispositive motion in the above-captioned matter but is unable to complete it due to recently arising depositions noticed by plaintiffs' counsel in other cases which caused him to delay in the preparation and finalizing defendants' dispositive motion papers.

3. The undersigned has two other dispositive motions in federal court due in the same time frame as the above-captioned matter; those being <u>Heidari v. DPH</u>, 3:03CV1822(SRU) and <u>Smedberg v. DOT</u>, 3:03CV1168(JCH). The current deadline for filing dispositive motions in those matters is also December 15, 2004. In addition, the undersigned has been engaged in the