# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| VINCENT LEE, | : | CIVIL ACTION NO. 3:02CV2214(AWT) |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT | : | |
| DEPARTMENT OF MOTOR VEHICLES, | : | |
| DALE URSIN (official and individual | : | |
| capacity) | | |
| *Defendants* | : | January  20, 2005 |

## MOTION FOR EXTENSION OF TIME
## TO FILE MOTION FOR SUMMARY JUDGMENT

COMES NOW, defendants State of Connecticut, Department of Motor Vehicles and Dale Ursin and respectfully request an extension of time of three business days to and including January 26, 2005 in which to file their dispositive motion. In support of this motion, the defendants, through counsel, represent as follows:

1.     The current deadline for filing a dispositive motion in the above-captioned matter is January 21, 2005.(Doc. # 51).

2.     The named defendant, Dale Ursin, is scheduled to undergo outpatient surgery this week and the undersigned requires additional time to finalize an affidavit with the named defendant.

3.     The defendants' motion for summary judgment and supporting papers is 90 percent complete.  The undersigned requires the additional time also to complete final review and editing and for copying of documents for submission to the Court.

4.     The undersigned respectfully requests the indulgence of the Court in granting this short extension of time.

5.      The plaintiff will not be prejudiced by the delay.

6.      This is the defendants' fourth request to extend the deadline to file dispositive motion papers.

7.      Pursuant to Local Rule 7(b), the undersigned caused plaintiff's counsel, Kimberly Graham, Esq., to be contacted by e-mail on Wednesday, January 19, 2005 at 8:10 a.m. and informed her of the substance of this motion.  Attorney Graham has respected that plaintiff has NO OBJECTION to this extension request.

WHEREFORE, the defendants respectfully request an extension of time of three business days to and including January 26, 2005 in which to file their summary judgment papers.

DEFENDANTS,
STATE OF CONNECTICUT
DEPARTMENT OF MOTOR VEHICLES,
DALE URSIN (individual capacity)

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY:    _____
Edward F. Osswalt
Assistant Attorney General
55 Elm Street - P. O. Box 120
Hartford, CT  06141-0120
Tel:  (860) 808-5340
Fax:  (860) 808-5383
E-Mail:Edward.Osswalt@po.state.ct.us
Federal Bar No.: ct 15252

## **CERTIFICATION**

I hereby certify that a copy of the foregoing Defendants' Motion for Extension of Time to

File Summary Judgment was mailed, first class postage prepaid, this 20th day of January, 2005

to:

      Kimberly A. Graham
      Attorney At Law
      621 Farmington Avenue
      Hartford, CT  06105

                         _____

                         Edward F. Osswalt
                         Assistant Attorney General