UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 JAN 20 A 10:01
U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| VINCENT LEE,<br>    *Plaintiff* | CIVIL ACTION NO. 3:02CV2214(AWT) |
| v. | |
| STATE OF CONNECTICUT<br>DEPARTMENT OF MOTOR VEHICLES,<br>DALE URSIN (official and individual<br>capacity) | |
|     *Defendants* | January 20, 2005 |

**MOTION FOR EXTENSION OF TIME
TO FILE MOTION FOR SUMMARY JUDGMENT**

COMES NOW, defendants State of Connecticut, Department of Motor Vehicles and Dale Ursin and respectfully request an extension of time of three business days to and including January 26, 2005 in which to file their dispositive motion. In support of this motion, the defendants, through counsel, represent as follows:

1. The current deadline for filing a dispositive motion in the above-captioned matter is January 21, 2005. (Doc. # 51).

2. The named defendant, Dale Ursin, is scheduled to undergo outpatient surgery this week and the undersigned requires additional time to finalize an affidavit with the named defendant.

3. The defendants' motion for summary judgment and supporting papers is 90 percent complete. The undersigned requires the additional time also to complete final review and editing and for copying of documents for submission to the Court.

4. The undersigned respectfully requests the indulgence of the Court in granting this short extension of time.

*[Handwritten margin note: Extension GRANTED, to and including January 26, 2005. It is so ordered. Alvin W. Thompson, U.S.D.J. Hartford, CT 1/25/05]*

*[Stamp: FILED 2005 JAN 25 P 2:55 U.S. DISTRICT COURT HARTFORD, CT]*