UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| VINCENT LEE, | : | CIVIL ACTION NO. |
| *Plaintiff* | : | 3:02CV2214(AWT) |
| | : | |
| | : | |
| | : | |
| STATE OF CONNECTICUT, DEPARTMENT OF MOTOR VEHICLES, ET AL., | : | JANUARY 26, 2005 |
| *Defendants* | | |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

COMES NOW the Defendants and pursuant to Rule 56 of the Federal Rules of Civil Procedure, hereby move for summary judgment in their favor because the evidence submitted herewith shows that there is no genuine issue of material fact in dispute and, as a matter of law, the Plaintiff cannot sustain his burden of proof that the Defendants have violated his right under federal law.

Filed herewith is a Statement of Undisputed Facts pursuant to Local Rule 56 and a memorandum of law in support of the present motion.

>DEFENDANTS
>STATE OF CONNECTICUT
>DEPARTMENT OF MOTOR VEHICLE,
>ET AL.
>
>RICHARD BLUMENTHAL
>ATTORNEY GENERAL
>
>BY: _____
>Edward F. Osswalt
>Assistant Attorney General
>Federal Bar No. ct15252
>55 Elm Street, P.O. Box 120
>Hartford, CT 06141-0120
>Tel: (860) 808-5340
>Fax: (860) 808-5383
>E-Mail:Edward.Osswalt@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing Motion for Summary Judgment was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 26th day of January, 2005, first class postage prepaid to:

Kimberly A. Graham, Esq.
621 Farmington Avenue
Hartford, CT 06105

_____
Edward F. Osswalt
Assistant Attorney General