UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| VINCENT LEE, | : | CIVIL ACTION NO.: |
| | : | 3:02CV2214(AWT) |
| *Plaintiff* | : | |
| | : | |
| V. | : | |
| | : | |
| STATE OF CONNECTICUT, | : | |
| DEPARTMENT OF MOTOR VEHICLES | : | |
| AND DALE URSIN, | : | |
| *Defendant*s | : | JANUARY 26, 2005 |

**DEFENDANTS' INDEX OF EVIDENCE IN SUPPORT
OF THEIR MOTION FOR SUMMARY JUDGMENT**

Exhibit 1        Third Amended Complaint dated December 3, 2003;

Exhibit 2        Affidavit of Dale A. Ursin dated January 20, 2005 with appended exhibits as follows:

    "A"     Four page faxed document, Sharon Gordon to "Human Resource Director", transmitted December 22, 1999;

    "B"     Executive Order No. 16, John G. Rowland, Governor, August 4, 1999;

    "C"     Witness Statement of Elaine Kendall, dated December 27, 1999;

    "D"     Witness Statement of Sharon Gordon, dated December 30, 1999;

    "E"     Witness Statement of Jennifer Carone, dated December 27, 1999;

    "F"     Letter, dated January 3, 2000, from Steven A. Shonta to Vincent Lee;

    "G"     Letter, dated January 10, 2000, from Steven A. Shonta to Vincent Lee;

| | |
|---|---|
| Exhibit 3 | Affidavit of Illegal Discriminatory Practice, Vincent F. Lee, CHRO No. 0010280; EEOC No. 16aa01132, dated February 4, 2000; |
| Exhibit 4 | "Addendum", CHRO No. 0010280; EEOC 16aa01132, filed June 12, 2000, Vincent F. Lee; |
| Exhibit 5 | "Addendum", CHRO No. 0010280; EEOC NO. 16aa01132, filed June 13, 2000, Vincent F. Lee; |
| Exhibit 6 | Notice of Final Agency Action, MAR review dismissal of CHRO No. 0010280; EEOC 16aa01132, dated June 21, 2000; |
| Exhibit 7 | Notice of Reconsideration of Dismissal, CHRO No. 0010280. Cynthia Watts Elder, Executive Director, dated June 21, 2001; |
| Exhibit 8 | No Reasonable Cause Finding, CHRO No. 0010280; EEOC No. 16aa011132, dated May 6, 2002; |
| Exhibit 9 | Exhibit C-3 appended to CHRO's No Reasonable Cause Finding – Transcription of Notes of Steve Shonta, Labor Relations Manager, DMV, meetings with Francesca Puglielli and Carol Driscoll with original handwritten notes - November 13, 2000 and November 14, 2000; |
| Exhibit 10 | CHRO Rejection and Decision: Complainant's Reconsideration Request, dated December 2, 2002, Robert Zamlowski and Cynthia Watts Elder to Vincent Lee. |
| Exhibit 11 | Letter dated November 29, 2001 from Debra L. Freund to Ms. Alfreda Gaither; |
| Exhibit 12 | Award and Opinion, OLR File No. 16-3511, dated April 12, 2001, In The Matter of Arbitration Re: Vincent F. Lee Grievance; |
| Exhibit 13 | Affidavit of Stephen M. Dodge, dated January 24, 2005; |
| Exhibit 14 | Plaintiff's Responses to Defendants' Interrogatories, dated April 4, 2004; |
| Exhibit 15 | Defendant Department of Motor Vehicles' Response to Plaintiff's Interrogatories dated September 30, 2004; |

| | |
|---|---|
| Exhibit 16 | Excerpts from the deposition of Vincent F. Lee dated October 5, 2004; |
| Exhibit 17 | Excerpts from the deposition of Carol Driscoll, dated October 28, 2004; |
| Exhibit 18 | Extension Detail Report, Vincent Lee, DMV Telephone No. (860) 263-5263, December 21, 1999; |
| Exhibit 19 | CHRO Investigator's Response to Complainant's Comments Re: Draft Summary of No Reasonable Cause Finding, dated April 26, 2002. |

DEFENDANTS
STATE OF CONNECTICUT,
DEPARTMENT OF MOTOR VEHICLES,
DALE URSIN

RICHARD BLUMENTHAL,
ATTORNEY GENERAL

By: _____
Edward F. Osswalt
Assistant Attorney General
Federal Bar No. ct15252
55 Elm Street - P.O. Box 120
Hartford, CT 06141-0120
Tel: (860) 808-5340
Fax.: (860) 808-5383
Email: Edward.Osswalt@po.state.ct.us

**CERTIFICATION**

I hereby certify that a copy of the foregoing Defendants' Index of Evidence In Support of Their Motion for Summary Judgment was sent via United States mail, first class postage prepaid, this 26th day of January, 2005 to:

Kimberly A. Graham, Esq.
621 Farmington Avenue
Hartford, CT  06105
Tel.: (860) 523-9306

_____
Edward F. Osswalt
Assistant Attorney General