UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| VINCENT LEE | : | Case No. 3:02CV2214(AWT)) |
| *Plaintiff* | : | |
| v. | : | Judge: Alvin W. Thompson |
| | : | |
| State of Connecticut, | : | |
| Dept. of Motor Vehicles, | : | Notice of Manual Filing |
| and Dale Ursin | : | |
| *Defendants* | : | January 26, 2005 |

Please take notice that the defendants, State of Connecticut, Department of Motor Vehicles, et al., have manually filed the following documents or things:

Exhibits and Attachments in Support of Defendants' Motion for Summary Judgment dated January 26, 2005.

The exhibits and attachments have not been filed electronically because

[ x ]    the document or thing cannot be converted to an electronic format
[ x ]    the electronic file size of the document exceeds 1.5 megabytes
[   ]    the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
[   ]    Plaintiff/Defendant is excused from filing this document or thing by Court order.

The document or thing has been manually served on all parties.

Respectfully submitted,


/s/ Edward F. Osswalt_____
Edward F. Osswalt
Assistant Attorney General
55 Elm Street, P.O. Box 120
Hartford, CT 06141-0120
Phone: (860) 808-5340
Fax: (860) 808-5383
E-mail: Edward.Osswalt@po.state.ct.us
Federal Bar # ct15252