UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| VINCENT LEE, | : CIVIL ACTION NO. |
| *Plaintiff* | : 3:02CV2214 (AWT) |
| | : |
| v. | : |
| | : |
| STATE OF CONNECTICUT | : |
| DEPARTMENT OF MOTOR VEHICLES,: | |
| DALE URSIN | : |
| *Defendants* | : FEBRUARY 15, 2005 |

### PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE AN OBJECTION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

The plaintiff, by and through undersigned counsel respectfully requests an extension of time until **March 16, 2005** to respond to the Defendant's Motion for Summary Judgment.

In support of such motion, plaintiff's counsel alleges:

1. The undersigned attorney's trial/court and (upcoming vacation) schedule have presented conflicts for the undersigned which have precluded her from preparing and filing an objection.

2. This is counsel's first request for an extension of time to respond to the defendant's summary judgment motion.

3. Defense counsel, Assistant Attorney General Edward F. Osswalt was contacted and does not object to this request.

For all of these reasons, undersigned counsel respectfully requests that her request for extension of time be granted.

---

KIMBERLY A. GRAHAM • ATTORNEY AT LAW, L.L.C.
621 FARMINGTON AVENUE • HARTFORD, CT 06105 • (860) 523-9306 • FAX (860) 523-1274 • JURIS NO. 413679

Respectfully submitted
**VINCENT LEE, PLAINTIFF**

BY: _____
KIMBERLY A. GRAHAM,
HIS ATTORNEY
621 Farmington Avenue,
Hartford, CT 06105
Tel. No. (860) 523-9306
Fax No. (860) 523-1274

## CERTIFICATION

This is to certify that a copy of the foregoing Motion for Extension of Time was mailed on this date to:

Edward F. Osswalt, Assistant Attorney General
Office of the Attorney General
55 Elm Street, P.O. Box 120
Hartford, CT 06141-0120

_____
KIMBERLY A. GRAHAM

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| VINCENT LEE, *Plaintiff* | : | CIVIL ACTION NO. 3:02CV2214 (AWT) |
| v. | : | |
| STATE OF CONNECTICUT DEPARTMENT OF MOTOR VEHICLES,: DALE URSIN *Defendants* | : | FEBRUARY 15, 2005 |

### PLAINTIFF'S NOTICE OF MANUAL FILING

The plaintiff is unable to produce documents in .pdf form and therefore files this Notice of Manual Filing as to the following document:

1. Plaintiff's Motion for Extension of Time To File An Objection To Defendants' Motion For Summary Judgment.

Respectfully submitted
VINCENT LEE, PLAINTIFF

BY: /s/ Kimberly A. Graham
KIMBERLY A. GRAHAM,
HIS ATTORNEY
621 Farmington Avenue,
Hartford, CT 06105
Tel. No. (860) 523-9306
Fax No. (860) 523-1274

## CERTIFICATION

This is to certify that a copy of the foregoing Motion for Extension of Time was mailed on this date to:

Edward F. Osswalt, Assistant Attorney General
Office of the Attorney General
55 Elm Street, P.O. Box 120
Hartford, CT 06141-0120

_____
KIMBERLY A. GRAHAM