## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| VINCENT LEE, *Plaintiff* | CIVIL ACTION NO. 3:02CV2214 (AWT) |
| v. | |
| STATE OF CONNECTICUT DEPARTMENT OF MOTOR VEHICLES, DALE URSIN *Defendants* | FEBRUARY 15, 2005 |

### PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE AN OBJECTION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

The plaintiff, by and through undersigned counsel respectfully requests an extension of time until **March 16, 2005** to respond to the Defendant's Motion for Summary Judgment.

In support of such motion, plaintiff's counsel alleges:

1. The undersigned attorney's trial/court and (upcoming vacation) schedule have presented conflicts for the undersigned which have precluded her from preparing and filing an objection.

2. This is counsel's first request for an extension of time to respond to the defendant's summary judgment motion.

3. Defense counsel, Assistant Attorney General Edward F. Osswalt was contacted and does not object to this request.

For all of these reasons, undersigned counsel respectfully requests that her request for extension of time be granted.

Extension GRANTED, to and including March 16, 2005. It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT 2/17/05

KIMBERLY A. GRAHAM • ATTORNEY AT LAW, L.L.C.
621 FARMINGTON AVENUE • HARTFORD, CT 06105 • (860) 523-9306 • FAX (860) 523-1274 • JURIS NO. 413679