### UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

| | |
|---|---|
| VINCENT LEE, *Plaintiff* | : CIVIL ACTION NO.<br>: 3:02CV2214 (AWT) |
| v. | : |
| STATE OF CONNECTICUT<br>DEPARTMENT OF MOTOR VEHICLES,:<br>DALE URSIN<br>*Defendants* | :<br>:<br>: MARCH 15, 2005 |

### PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE AN OBJECTION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

The plaintiff, by and through undersigned counsel respectfully requests an extension of time until April 18, 2005 to respond to the Defendant's Motion for Summary Judgment.

In support of such motion, plaintiff's counsel alleges:

1. The undersigned attorney has had a heavy trial and court schedule for the past two months and she has not been able to devote the time necessary to complete a response to the Defendant's Motion for Summary Judgment.

2. This is counsel's second request for an extension of time to respond to the Defendant's Motion.

3. Defense counsel, Assistant Attorney General Edward F. Osswalt was contacted and takes no position on this motion.

For all of these reasons, undersigned counsel respectfully requests that her request for extension of time be granted.

Respectfully submitted,
**VINCENT LEE, PLAINTIFF**

BY: _____
KIMBERLY A. GRAHAM
HIS ATTORNEY
621 Farmington Avenue,
Hartford, CT 06105
Tel.: (860) 523-9306
Fax : (860) 523-1274

### CERTIFICATION

This is to certify that a copy of the foregoing Motion for Extension of Time was mailed on this date to:

Edward F. Osswalt, Assistant Attorney General
Office of the Attorney General
55 Elm Street, P.O. Box 120
Hartford, CT 06141-0120

_____
KIMBERLY A. GRAHAM

2

KIMBERLY A. GRAHAM • ATTORNEY AT LAW, L.L.C.
621 FARMINGTON AVENUE • HARTFORD, CT 06105 • (860) 523-9306 • FAX (860) 523-1274 • JURIS No. 413679

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| VINCENT LEE,<br>    *Plaintiff* | : | CIVIL ACTION NO.<br>3:02CV2214 (AWT) |
| V. | : | |
| STATE OF CONNECTICUT<br>DEPARTMENT OF MOTOR<br>AN*D DALE* URSIN,<br>    *Defendants* | : | MARCH 15, 2005 |

### PLAINTIFF'S NOTICE OF MANUAL FILING

The plaintiff is unable to produce documents in .pdf form and therefore files his Notice of Manual Filing the following documents:

1. Plaintiff's Motion For Extension of Time To File An Objection To Defendants' Motion For Summary Judgment

                            Respectfully submitted,
                            VINCENT LEE

                            BY: *[signature]*
                            Kimberly A. Graham,
                            His Attorney
                            621 Farmington Avenue
                            Hartford, CT 06105