UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| VINCENT LEE,<br>*Plaintiff* | : CIVIL ACTION NO.<br>: 3:02CV2214 (AWT) |
| v. | : |
| STATE OF CONNECTICUT<br>DEPARTMENT OF MOTOR VEHICLES,:<br>DALE URSIN<br>*Defendants* | :<br>:<br>:<br>: MARCH 15, 2005 |

### PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE AN OBJECTION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

The plaintiff, by and through undersigned counsel respectfully requests an extension of time until April 18, 2005 to respond to the Defendant's Motion for Summary Judgment.

In support of such motion, plaintiff's counsel alleges:

1. The undersigned attorney has had a heavy trial and court schedule for the past two months and she has not been able to devote the time necessary to complete a response to the Defendant's Motion for Summary Judgment.

2. This is counsel's second request for an extension of time to respond to the Defendant's Motion.

Extension GRANTED, to and including April 18, 2005. It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT   3/23/05

---

KIMBERLY A. GRAHAM • ATTORNEY AT LAW, L.L.C.
621 FARMINGTON AVENUE • HARTFORD, CT 06105 • (860) 523-9306 • FAX (860) 523-1274 • JURIS NO. 413673