```
                                                    FILED

                                                    2005 APR 18  P 4: 42

                                                    US DISTRICT COURT
                                                      HARTFORD CT
```

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| VINCENT LEE, | : | |
| PLAINITFF: | : | CIVIL ACTION NO. |
| | | 3:02CV2214(AWT) |
| VS | : | |
| | : | |
| STATE OF CONNECTICUT/ | : | |
| DEPT OF MOTOR VEHICLES, ET AL | : | APRIL 18, 2005 |

**PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME
TO FILE AN OBJECTION TO THE DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT**

Plaintiff, by and through undersigned counsel respectfully requests an extension of time of four business days until Friday, April 22, 2005 to file his objection to the Defendants' Motion for Summary Judgment. In support of such motion, the undersigned counsel alleges:

    1. She had a family illness which prevented her from meeting with and discussing the objection with her client over the weekend and counsel would like an opportunity to meet with her client.

    2. Counsel is scheduled to begin a criminal trial in Manchester Superior Court on tomorrow, Tuesday, April 19, 2005, which would also prevent counsel from meeting with her client as desired.

    3. This is counsel's third motion for an extension of time.

    4. Defendants' counsel, Attorney Osswalt has no objection to an extension of time as requested but would oppose an extension beyond that which is being requested.

    For all of the above reasons, counsel respectfully requests that this short extension of time be granted.

                                      Plaintiff, Vincent Lee

                                      By: _____
                                           Kimberly A. Graham
                                           His Attorney

### **CERTIFICATION OF SERVICE**

    This is to certify that a copy of the foregoing motion for extension was mailed on this 18th day of April 2004 to :

Edward Osswalt
Assistant Attorney General
Office of the Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120

                                      _____
                                      Kimberly A. Graham
                                      Commissioner of the Superior Court

**FILED** UNITED STATES DISTRICT COURT **FILED**
DISTRICT OF CONNECTICUT

2005 APR 18 P 4:42

VINCENT LEE,
*Plaintiff*

US DISTRICT COURT
HARTFORD CT

v.

STATE OF CONNECTICUT
DEPARTMENT OF MOTOR
AND *DALE* URSIN,
**Defendants**

: CIVIL ACTION NO.
: 3:02CV2214 (AWT)
:
: 2005 APR 18 P 4:42
:
: US DISTRICT COURT
: HARTFORD CT
:
:
:
:
: APRIL 18, 2005

### PLAINTIFF'S NOTICE OF MANUAL FILING

The plaintiff is unable to produce documents in .pdf form and therefore files his Notice of Manual Filing the following documents:

1. Plaintiff's Motion For Extension of Time To File An Objection To Defendants' Motion For Summary Judgment

Respectfully submitted,
VINCENT LEE

BY /s/ Kimberly A. Graham
Kimberly A. Graham,
His Attorney
621 Farmington Avenue
Hartford, CT 06105

### CERTIFICATION

This is to certify that a copy of the foregoing was mailed on this the 18th day of April, 2005 to:

Edward Osswalt, Assistant Attorney General
Office of the Attorney General
55 Elm Street
Hartford, CT

/s/ Kimberly A. Graham

KIMBERLY A. GRAHAM • ATTORNEY AT LAW, L.L.C.
621 FARMINGTON AVENUE • HARTFORD, CT 06105 • (860) 523-9306 • FAX (860) 523-1274 • JURIS No. 413679