UNITED STATES DISTRICT COURT **FILED**
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| VINCENT LEE, | : | CIVIL ACTION NO. 2005 APR 22 P 4: 46 |
| *Plaintiff* | : | 3:02CV2214 (AWT) US DISTRICT COURT |
| V. | : | HARTFORD CT |
| | : | |
| STATE OF CONNECTICUT | : | |
| DEPARTMENT OF MOTOR | : | |
| AN*D DALE* URSIN, | : | |
| *Defendants* | : | APRIL 22, 2005 |

## PLAINTIFF'S NOTICE OF MANUAL FILING

The plaintiff is unable to produce documents in .pdf form and therefore files his Notice of Manual Filing the following documents:

1. Plaintiff's Objection to the Defendants' Motion for Summary Judgment;
2. Plaintiff's Memorandum of Law in Support of Objection;
3. Plaintiff's Statement of Disputed Facts';
4. Plaintiff's List of Exhibits and Plaintiff's Exhibits A – V.

Respectfully submitted,
VINCENT LEE

BY: _____
Kimberly A. Graham,
His Attorney
621 Farmington Avenue
Hartford, CT 06105

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed on this the 22nd day of April, 2005 to:

Edward Osswalt, Assistant Attorney General
Office of the Attorney General
55 Elm Street
Hartford, CT

_____
Kimberly A. Graham