FILED

2005 APR 22  P 4: 46

US DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

VINCENT LEE,                    :    CIVIL ACTION NO.
*Plaintiff*                     :    3:02CV2214 (AWT)
                                :
v.                              :
                                :
STATE OF CONNECTICUT            :
DEPT OF MOTOR VEHICLES,         :
DALE URSIN                      :
*Defendants*                    :    APRIL 22, 2005


## LIST OF PLAINTIFF'S EXHIBITS

A    Plaintiff's Interagency Transfer

B    Certificate of Release from Duty

C    DMV Organizational Chart

D    Defendant's Answers to Plaintiff's Interrogatories # 1, 9, 10, 11(a), 12, 14, 15, 18

E    Resume of Vincent Lee

F    Deposition of Daniel Silbo

G    Deposition of Mark Silbo

H    Ursin's Affidavit

1

I      Deposition of Vincent Lee

J      Plaintiff's Third Amended Complaint

K      Letter to Jonathan L. Roberts from Dale Ursin, dated June 9, 2000

L      Letters to Vincent Lee, dated 1/3/00 and 1/10/00

M     Decision of Arbitrator

N     Letter to Michael Bogulawski

O     Letter from Debra L. Freund to CHRO, dated 11/29/01

P      CHRO Affidavit, dated 2/4/00

Q     Addendum to CHRO Complaint

R      CHRO's Rejection of Plaintiff's Reconsideration Request

S      Governor's Executive Order

T      Transcript of Carol Driscoll

U     Letter to Stephen Peruta, dated 5/10/00

V.    Written counseling to Louis Florio, dated 2/17/04.

### CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing list of exhibits.was mailed postage prepaid on this 22nd day of April 2005 to:

Edward Osswalt
Assistant Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120

Kimberly A. Graham
Commissioner of the Superior Court

3

KIMBERLY A. GRAHAM • ATTORNEY AT LAW, L.L.C.
621 FARMINGTON AVENUE • HARTFORD, CT 06105 • (860) 523-9306 • FAX (860) 523-1274 • JURIS NO. 413679