FILED
2005 APR 18 P 4: 42
US DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| VINCENT LEE,<br>PLAINITFF: | : | CIVIL ACTION NO.<br>3:02CV2214(AWT) |
| VS | : | |
| STATE OF CONNECTICUT/<br>DEPT OF MOTOR VEHICLES, ET AL | : | APRIL 18, 2005 |

**PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME
TO FILE AN OBJECTION TO THE DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT**

Plaintiff, by and through undersigned counsel respectfully requests an extension of time of four business days until Friday, April 22, 2005 to file his objection to the Defendants' Motion for Summary Judgment. In support of such motion, the undersigned counsel alleges:

1. She had a family illness which prevented her from meeting with and discussing the objection with her client over the weekend and counsel would like an opportunity to meet with her client.

2. Counsel is scheduled to begin a criminal trial in Manchester Superior Court on tomorrow, Tuesday, April 19, 2005, which would also prevent counsel from meeting with her client as desired.

3. This is counsel's third motion for an extension of time.

Extension GRANTED, nunc pro tunc, to and including April 22, 2005. It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT 5/4/05

KIMBERLY A. GRAHAM • ATTORNEY AT LAW, L.L.C.
621 FARMINGTON AVENUE • HARTFORD, CT 06105 • (860) 523-9306 • FAX (860) 523-1274 • JURIS No. 413679