UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| VINCENT LEE, | : | CIVIL ACTION NO. 3:02CV2214(AWT) |
| *Plaintiff* | : | |
| | : | |
| | : | |
| STATE OF CONNECTICUT, | : | |
| DEPARTMENT OF MOTOR | : | |
| VEHICLES, ET AL., | : | MAY 5, 2005 |
| *Defendants* | | |

**MOTION FOR EXTENSION OF TIME OF ONE WEEK
TO FILE REPLY TO PLAINTIFF'S OBJECTION TO
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Come now the defendants in the captioned action and respectfully represent as follows:

1. Plaintiff filed his opposition papers to Defendants' Motion for Summary Judgment dated January 26, 2005 on April 22, 2005.

2. Defendants Reply papers are due on May 6, 2005. The defendants respectfully request an extension of one week, to May 13, 2005 to file their Reply papers for the reason that the undersigned counsel has been, and will continue in the foreseeable future to be, in the Office only on a half day basis due to a medical condition. The undersigned needs the additional one week to finalize Defendants' Reply.

3. On May 5, 2005, at 9:21 a.m. the undersigned e-mailed Attorney Kimberley Graham, counsel for the plaintiff, advising of the instant extension request and requesting Attorney Graham's position. Attorney Graham replied to the undersigned that there is no objection to this Request.

4. This is Defendants' first request for an extension of time to file their Reply papers to Plaintiff's Objection to Summary Judgment.

WHEREFORE, the defendants respectfully request a one week extension to file their Reply papers.

>DEFENDANT
>STATE OF CONNECTICUT
>DEPARTMENT OF MOTOR VEHICLE,
>ET AL.
>
>RICHARD BLUMENTHAL
>ATTORNEY GENERAL

BY: _____
>Edward F. Osswalt
>Assistant Attorney General
>Federal Bar No.: ct15252
>55 Elm Street, P.O. Box 120
>Hartford, CT 06141-0120
>Tel: (860) 808-5340
>Fax: (860) 808-5383
>E-Mail:Edward.Osswalt@po.state.ct.us

## CERTIFICATION

I hereby certify that a copy of the foregoing Motion For extension of Time of One Week to File reply to Plaintiff's Objection to Defendants' Motion for Summary Judgment was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 5th day of May, 2005, first class postage prepaid to:

Kimberly A. Graham, Esq.
621 Farmington Avenue
Hartford, CT 06105

_____
Edward F. Osswalt
Assistant Attorney General