**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

FILED

2005 MAY -6 A 10: 40

DISTRICT COURT
HARTFORD, CT.

VINCENT LEE,                    :    CIVIL ACTION NO. 3:02CV2214(AWT)
    *Plaintiff*                 :
                               :
                               :
STATE OF CONNECTICUT,           :
DEPARTMENT OF MOTOR             :
VEHICLES, ET AL.,               :    MAY 5, 2005
    *Defendants*                :

**MOTION FOR EXTENSION OF TIME OF ONE WEEK**
**TO FILE REPLY TO PLAINTIFF'S OBJECTION TO**
**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Come now the defendants in the captioned action and respectfully represent as follows:

1.      Plaintiff filed his opposition papers to Defendants' Motion for Summary Judgment dated January 26, 2005 on April 22, 2005.

2.      Defendants Reply papers are due on May 6, 2005. The defendants respectfully request an extension of one week, to May 13, 2005 to file their Reply papers for the reason that the undersigned counsel has been, and will continue in the foreseeable future to be, in the Office only on a half day basis due to a medical condition. The undersigned needs the additional one week to finalize Defendants' Reply.

3.      On May 5, 2005, at 9:21 a.m. the undersigned e-mailed Attorney Kimberley Graham, counsel for the plaintiff, advising of the instant extension request and requesting Attorney Graham's position. Attorney Graham replied to the undersigned that there is no objection to this Request.

4.      This is Defendants' first request for an extension of time to file their Reply papers to Plaintiff's Objection to Summary Judgment.

Extension GRANTED, to and including
May 13, 2005. It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT    5/12/05