UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| VINCENT LEE, | : | CIVIL ACTION NO. 3:02CV2214(AWT) |
| *Plaintiff* | : | |
| | : | |
| | : | |
| STATE OF CONNECTICUT, | : | |
| DEPARTMENT OF MOTOR | : | |
| VEHICLES, ET AL., | : | MAY 13, 2005 |
| *Defendants* | | |

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION
OF TIME OF THREE BUSINESS DAYS
TO FILE REPLY TO PLAINTIFF'S OBJECTION TO
<u>DEFENDANTS' MOTION FOR SUMMARY JUDGMENT</u>**

Come now the defendants in the captioned action and respectfully represent as follows:

1.   Plaintiff filed his opposition papers to Defendants' Motion for Summary Judgment dated January 26, 2005 on April 22, 2005.

2.   Defendants Reply papers were due on May 6, 2005.  On or about May 5, 2005, the defendants filed a request an extension of one week, to May 13, 2005 to file their Reply papers for the reason that the undersigned counsel has been, and will continue in the foreseeable future to be, in the Office only on a half day basis due to a medical condition.  The undersigned finds that he needs an additional extension of three business days to May 18, 2005 to finalize the defendants' reply paper because of the half-day schedule.

3.   On May 13, 2005, at 8:55 a.m. the undersigned e-mailed Attorney Kimberley Graham, counsel for the plaintiff, advising of the instant extension request and requesting Attorney Graham's position.  Attorney Graham replied to the undersigned that there is no objection to this Request.

1

4. This is Defendants' second request for an extension of time to file their Reply papers to Plaintiff's Objection to Summary Judgment.

WHEREFORE, the defendants respectfully request a three business day extension to file their Reply papers to May 18, 2005.

> DEFENDANT
> STATE OF CONNECTICUT
> DEPARTMENT OF MOTOR VEHICLE,
> ET AL.
>
> RICHARD BLUMENTHAL
> ATTORNEY GENERAL
>
> BY: _____
> Edward F. Osswalt
> Assistant Attorney General
> Federal Bar No.: ct15252
> 55 Elm Street, P.O. Box 120
> Hartford, CT  06141-0120
> Tel: (860) 808-5340
> Fax: (860) 808-5383
> E-Mail:Edward.Osswalt@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing Motion For extension of Time of One Week to File reply to Plaintiff's Objection to Defendants' Motion for Summary Judgment was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 13th day of May, 2005, first class postage prepaid to:

Kimberly A. Graham, Esq.
621 Farmington Avenue
Hartford, CT  06105

> _____
> Edward F. Osswalt
> Assistant Attorney General