UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| VINCENT LEE,<br>*Plaintiff* | : CIVIL ACTION NO. 3:02CV2214(AWT)<br>:<br>: |
| STATE OF CONNECTICUT,<br>DEPARTMENT OF MOTOR<br>VEHICLES, ET AL.,<br>*Defendants* | :<br>:<br>: MAY 13, 2005<br>: |

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION
OF TIME OF THREE BUSINESS DAYS
TO FILE REPLY TO PLAINTIFF'S OBJECTION TO
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Come now the defendants in the captioned action and respectfully represent as follows:

1. Plaintiff filed his opposition papers to Defendants' Motion for Summary Judgment dated January 26, 2005 on April 22, 2005.

2. Defendants Reply papers were due on May 6, 2005. On or about May 5, 2005, the defendants filed a request an extension of one week, to May 13, 2005 to file their Reply papers for the reason that the undersigned counsel has been, and will continue in the foreseeable future to be, in the Office only on a half day basis due to a medical condition. The undersigned finds that he needs an additional extension of three business days to May 18, 2005 to finalize the defendants' reply paper because of the half-day schedule.

3. On May 13, 2005, at 8:55 a.m. the undersigned e-mailed Attorney Kimberley Graham, counsel for the plaintiff, advising of the instant extension request and requesting Attorney Graham's position. Attorney Graham replied to the undersigned that there is no objection to this Request.

*Extension GRANTED, to and including May 18, 2005. It is so ordered.*

*Alvin W. Thompson, U.S.D.J.*
*Hartford, CT   5/17/05*

1