## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| VINCENT LEE, *Plaintiff* | : | CIVIL ACTION NO. 3:02CV2214(AWT) |
| v. | : | |
| STATE OF CONNECTICUT DEPARTMENT OF MOTOR VEHICLES, DALE URSIN (official and individual capacity) *Defendants* | : | JUNE 29, 2005 |

## MOTION TO WITHDRAW APPEARANCE

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT:

Assistant Attorney General Edward F. Osswalt respectfully requests leave of the Court to withdraw his appearance on behalf of the above defendant in the above-captioned matter. In support of this motion, counsel represents as follows: Assistant Attorney General Margaret A. Chapple will be filing an appearance on behalf of the defendant. Assistant Attorney General Osswalt will be retiring from the Office of the Attorney General as of July 1, 2005, and is transferring all of his cases to other attorneys in the employment rights department.

WHEREFORE, the undersigned respectfully requests that he be permitted to withdraw his appearance in this matter.

                                                        DEFENDANT
                                                        ROSETTA JONES

                                                        RICHARD BLUMENTHAL
                                                        ATTORNEY GENERAL


                            BY: _____
                                  Edward F. Osswalt
                                  Assistant Attorney General
                                  Federal Bar No. ct 15252
                                  55 Elm Street, P.O. Box 120
                                  Hartford, CT  06141-0120
                                  Tel: (860) 808-5340
                                  Fax (860) 808-5383
                                  e-mail:  Edward.Osswalt@po.state.ct.us


## **CERTIFICATION**

    I hereby certify that a copy of the foregoing Motion To Withdraw Appearance was mailed in accordance with Rule 5( b) of the Federal Rules of Civil Procedure on this 29th day of June, 2005 to:

    Kimberly A. Graham
    Attorney At Law
    621 Farmington Avenue
    Hartford, CT  06105

and hand-delivered to:

    Margaret A. Chapple, Assistant Attorney General
    Office of the Attorney General
    55 Elm Street
    Hartford, CT 06106

                                                        _____
                                                        Edward F. Osswalt
                                                      Assistant Attorney General