## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| VINCENT LEE, | : | CIVIL ACTION NO. 3:02CV2214(AWT) |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT | : | |
| DEPARTMENT OF MOTOR VEHICLES, | : | |
| DALE URSIN (official and individual | : | JUNE 29, 2005 |
| capacity) | | |
| *Defendants* | | |

## **APPEARANCE**

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT:

Please enter my appearance as attorney for the defendants in the above-referenced matter.

Dated at Hartford, Connecticut this 29th day of June, 2005.

          DEFENDANTS
          STATE OF CONNECTICUT
          DEPT. OF MOTOR VEHICLES, ET AL.

          RICHARD BLUMENTHAL
          ATTORNEY GENERAL


        By:_____
          Margaret Q. Chapple
          Assistant Attorney General
          55 Elm Street
          P.O. Box 120
          Hartford, CT  06141-0120
          Tel:  (860) 808-5340
          Fax:  (860) 808-5383
          Federal Bar No. ct05550
          Email:  Margaret.Chapple@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 29th of June, 2005, to the following:

Kimberly A. Graham
Attorney At Law
621 Farmington Avenue
Hartford, CT  06105

_____
Margaret Q. Chapple
Assistant Attorney General

3