UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 JUN 30 A 11: 11

| | |
|---|---|
| VINCENT LEE,<br>*Plaintiff* | CIVIL ACTION NO. 3:02CV2214(AWT)<br>HARTFORD, CT. |
| v. | |
| STATE OF CONNECTICUT<br>DEPARTMENT OF MOTOR VEHICLES,<br>DALE URSIN (official and individual<br>capacity)<br>*Defendants* | JUNE 29, 2005 |

### MOTION TO WITHDRAW APPEARANCE

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT:

Assistant Attorney General Edward F. Osswalt respectfully requests leave of the Court to withdraw his appearance on behalf of the above defendant in the above-captioned matter. In support of this motion, counsel represents as follows: Assistant Attorney General Margaret A. Chapple will be filing an appearance on behalf of the defendant. Assistant Attorney General Osswalt will be retiring from the Office of the Attorney General as of July 1, 2005, and is transferring all of his cases to other attorneys in the employment rights department.

WHEREFORE, the undersigned respectfully requests that he be permitted to withdraw his appearance in this matter.

**GRANTED. It is so ordered.**

Alvin W. Thompson, U.S.D.J.
Hartford, CT 7/7/05

02cv2214#D71