UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

```
VINCENT LEE                          :

     v.                              :     CASE NO. 3:02CV2214 (AWT)

STATE OF CONNECTICUT,                :
DEPARTMENT OF MOTOR VEHICLES,
JOSE SALINAS, and DALE URSIN         :
```

<u>JUDGMENT</u>

This action having come on for consideration of the defendants' motion for summary judgment before the Honorable Alvin W. Thompson, United States District Judge, and

The court having considered the motion and the full record of the case including applicable principles of law, and having filed a ruling granting the motion, (defendant Jose Salinas was not named in the Third Amended Complaint, so he was no longer a party to this action), it is hereby

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor of the defendants State of Connecticut, Department of Motor Vehicles, and Dale Ursin.

Dated at Hartford, Connecticut, this 30th day of March, 2006.

                                            KEVIN F. ROWE, Clerk

                                    By _____
                                              Sandra Smith
                                              Deputy Clerk