

**UNITED STATES COURT OF APPEALS**
FOR THE SECOND CIRCUIT
THURGOOD MARSHALL U.S. COURT HOUSE
40 FOLEY SQUARE
NEW YORK  10007

Roseann B. MacKechnie
    CLERK

Date:                          9/14/06
Docket Number:         06-1767-cv
Short Title:                 Lee v. Connecticut
DC Docket Number: 02-cv-2214
DC:                             CONNECTICUT (NEW HAVEN)
DC Judge:

                                   Honorable Alvin Thompson



At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 14th    day of September,  two thousand six.

Vincent  Lee,

    Plaintiff-Appellant,

v.

State of Connecticut,  Dept. of Motor Vehicles,  Dale  Ursin,

    Defendant-Appellee,

Jose  Salinas,

    Defendant.

A scheduling order in  accordance with the *Civil Appeals Management Plan* of this court  having been entered therein, requiring the record on appeal, the appellant's  brief and  the joint  appendix  to be filed  on  or before  the  dates  stated  on the scheduling order, and also providing that in the event of default by the appellant the appeal shall be dismissed forthwith, and it appearing that the appellant has so defaulted,

Upon consideration of the appeal herein it is **ORDERED** that the appeal be, and it hereby is **DISMISSED**.  Any motions pending prior to the entry of this order of dismissal are deemed **MOOT**.

                                             For the Court,
                                             Roseann B. MacKechnie, Clerk

                                             By: Ahronda  Crossman
                                             Deputy Clerk

A  TRUE  COPY
Roseann  B.  MacKechnie, CLERK

by

CERTIFIED:                    SEP 1 4 2006