UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| VINCENT LEE,<br>   *Plaintiff* | : | CIVIL ACTION NO. 3:02CV2214(AWT) |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT<br>DEPARTMENT OF MOTOR VEHICLES,<br>DALE URSIN (official and individual<br>capacity)<br>   *Defendants* | :<br>:<br>:<br>: | September 26, 2006 |

**BILL OF COSTS**

    Defendants' motion for summary judgment was granted on March 30, 2006 (Doc. # 74). Judgment in this matter was entered on the same date. (Doc. # 75). The client, proceeding pro se, filed a timely notice of appeal to the Second Circuit Court of Appeals on April 7, 2006 (Doc. # 76). The Second Circuit, upon plaintiff's failure to file a timely appellant brief and joint appendix, ordered that the appeal be dismissed and issued a mandate dismissing the matter on September 14, 2006. The Second Court of Appeal's mandate was received by this Court and docketed in this instant matter on September 19, 2006 (Doc. # 78).

    Wherefore, pursuant to the provisions of Rule 54(d) of the Federal Rules of Civil Procedure, and Rule 54(a) of the Local Rules of Civil Procedure, the defendants, who are the prevailing party in the above-captioned case, respectfully requests that

    a.    The court assess costs in this action in the amount of $1,269.88 consistent with the Bill of Costs and Certification attached to this motion as Exhibits A and B.

    b.    The $500.00 bond posted by the plaintiff (Docket Sheet entry, dated October 12, 2004, Receipt # H13869) as security for costs in this action pursuant to Rule 83.3 of the Local

Rules of the District of Connecticut be forfeited and paid over to the State of Connecticut, Attorney General's Office, as partial satisfaction of the costs assessed.

c.  The Court issue an order forfeiting the $500 bond consistent with the request in sub-paragraph (b) above.

The actual amounts paid have, in applicable situations, been reduced to reflect the maximum allowable transcript rate, $3.75 per page, pursuant to Vol. VI, Chap. XX of the "Guide to Judiciary Policies and Procedures" and to omit any charges for shipping and handling.

> DEFENDANTS
> STATE OF CONNECTICUT
> DEPT. OF MOTOR VEHICLES, ET AL.
>
> RICHARD BLUMENTHAL
> ATTORNEY GENERAL
>
> By: /s/ Margaret Q. Chapple
> Margaret Q. Chapple
> Assistant Attorney General
> 55 Elm Street, P.O. Box 120
> Hartford, CT  06141-0120
> Tel:  (860) 808-5340
> Fax:  (860) 808-5383
> Federal Bar No. ct05550
> Email:  Margaret.Chapple@po.state.ct.us

2

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 26th day of September, 2006, to the following:

Vincent Lee, pro se
10-B Clay Street
Hartford, CT  06120
Tel.: (860) 548-0446

                                              Margaret Q. Chapple
                                              Assistant Attorney General

## EXHIBIT A

### UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| VINCENT LEE,<br>　　*Plaintiff* | : | CIVIL ACTION NO. 3:02CV2214(AWT) |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT<br>DEPARTMENT OF MOTOR VEHICLES,<br>DALE URSIN (official and individual<br>capacity)<br>　　*Defendants* | :<br>:<br>: | September 26, 2006 |

### BILL OF COSTS

1. Fees of the Court Reporter ........................................... $ 821.25
   Deposition of Vincent Lee, dated
   October 5, 2004 – invoice attached

2. Fees of the Court Reporter ................................. $225.55
   Deposition of Mark Silbo, dated
   October 21, 2004 – invoice attached

3. Fees of the Court Reporter................................$ 223.08
   Depositions of Andrew Munson and
   Carol Munson, dated October 28, 2004
   -- invoice attached

　　**TOTAL**　　　　　　　　　　　**$1, 269.88**

4

# Brandon Smith Reporting Service, LLC          Invoice

44 Capitol Avenue
Suite 203
Hartford, CT 06106
Phone: (860) 549-1850     Fax: (860) 549-1537

| Invoice Date | Invoice # |
|---|---|
| Friday, October 08, 2004 | 12948BL |

Edward F. Osswalt
Attorney General
110 Sherman Street
Hartford, CT 06141-0120

| | |
|---|---|
| Phone: | (860) 808-5340    Fax:    (860) 808-5384 |
| Witness: | Lee, Vincent |
| Case: | Lee vs. State of Connecticut |
| Venue: | |
| Case #: | CV2214(AWT) |
| Date: | 10/5/2004 |
| Start Time: | 10:00 AM |
| End Time: | :0 |
| Reporter: | Kelly Yarasavych |
| Claim #: | |
| File #: | 17447ss |

| Description | Quan | Total |
|---|---|---|
| Original and Two - 4 day expedite | 199 | $985.05 |
| Attorney General - Appearance | 1 | $75.00 |
| Sub Total | | $1,060.05 |
| Payments | | $0.00 |
| Balance Due | | $1,060.05 |

REVIEWED AND APPROVED FOR PAYMENT
By: *[signature]*   10/14/04
Edward F. Osswalt, AAG        Date

RECEIVED  OCT 8 2004  ATTORNEY GENERAL'S OFFICE

Fed. I.D. # 06-1448649
We accept Visa, Mastercard and American Express!



EFO

**972 TOLLAND STREET**
**EAST HARTFORD, CT  06108-1533**
**(860) 291-9191**
**FAX (860) 528-1972**

*Daniel S. Niziankiewicz*
*Robert Miller*

```
EDWARD F. OSSWALT, ESQUIRE
ASSISTANT ATTORNEY GENERAL
55 ELM STREET                                   DATE        11/24/2004
POST OFFICE BOX 120                             INVOICE        38317
HARTFORD, CT  06141-0120                        CLIENT          5652
                                                REFERENCE GOS


Re: VINCENT LEE    STATE OF CONNECTICUT, ET AL
Assignment Date: October 21, 2004


Deposition Of - MARK SILBO

USDC OPPOSING COUNSEL                                           80.00

Deposition Of - DANIEL SILBO

USDC OPPOSING COUNSEL                                          132.50
SHIPPING & HANDLING                                              5.00
                                                           ==========
                                  Total Amount  $              217.50
                                            Tax $               13.05
                                      Total due $              230.55


WE APPRECIATE YOUR BUSINESS!
PAYMENT DUE UPON RECEIPT OF THIS INVOICE
```

REVIEWED AND APPROVED FOR PAYMENT:
BY: *[signature]*  11/29/04
Edward F. Osswalt
Asst. Atty. Gen.

RECEIVED NOV 26 2004 ATTORNEY GENERAL'S OFFICE

NIZIANKIEWICZ & MILLER Reporting
Federal Tax Id#: 06-1113444

CLIENT'S COPY



**NIZIANKIEWICZ MILLER & M**

972 TOLLAND STREET
EAST HARTFORD, CT 06108-1533
(860) 291-9191
FAX (860) 528-1972

*Daniel S. Niziankiewicz*
*Robert Miller*

EDWARD F. OSSWALT, ESQUIRE
ASSISTANT ATTORNEY GENERAL
55 ELM STREET
POST OFFICE BOX 120
HARTFORD, CT 06141-0120

DATE            11/11/2004
INVOICE           38043
CLIENT             5652
REFERENCE FRI

Re: VINCENT LEE    STATE OF CONNECTICUT
Assignment Date: October 28, 2004

Deposition Of - ANDREW MUNSON

USDC OPPOSING COUNSEL                                        105.00

Deposition Of - CAROL DRISCOLL

USDC OPPOSING COUNSEL                                        105.00
SHIPPING & HANDLING                                            8.00
                                                         ==========
                                   Total Amount  $           218.00
                                           Tax  $             13.08
                                     Total due  $            231.08

WE APPRECIATE YOUR BUSINESS!
PAYMENT DUE UPON RECEIPT OF THIS INVOICE

REVIEWED AND APPROVED FOR PAYMENT

*[signature]*  11/15/04
BY: EDWARD F. OSSWALT, A.A.G.

**RECEIVED NOV 15 2004 ATTORNEY GENERAL'S OFFICE**

NIZIANKIEWICZ & MILLER Reporting
Federal Tax Id#: 06-1113444

CLIENT'S COPY

## EXHIBIT B

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| VINCENT LEE,<br>    *Plaintiff* | :    CIVIL ACTION NO. 3:02CV2214(AWT)<br>:<br>: |
| v. | :<br>: |
| STATE OF CONNECTICUT<br>DEPARTMENT OF MOTOR VEHICLES,<br>DALE URSIN (official and individual<br>capacity)<br>    *Defendants* | :<br>:<br>:    September 26, 2006 |

## CERTIFICATION

I, Margaret Q. Chapple, an Assistant Attorney General for the State of Connecticut, hereby certify that the foregoing costs were necessarily incurred in the defense of this matter, and that they accurately and completely reflect the costs spent by defendant in preparation of trial, preliminary injunction hearing and/or the motion for summary judgment filed in this case.

*[signature]*
Margaret Q. Chapple
Assistant Attorney General

Subscribed and sworn to before me by the above affiant on this the 26th day of September, 2006.

*[signature]*
Notary Public/~~Commissioner of the Superior Court~~

LEONARD AUSTER
NOTARY PUBLIC
MY COMMISSION EXPIRES JAN. 31, 2009

5