```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT
-------------------------------x
                               :
VINCENT LEE,                   :
                               :
           Plaintiff,          :
                               :
v.                             :   Civil No. 3:02CV2214(AWT)
                               :
STATE OF CONNECTICUT,          :
DEPARTMENT OF MOTOR VEHICLES,  :
DALE URSIN (official and       :
individual capacity),          :
                               :
           Defendants.         :
                               :
-------------------------------x
```

**RULING ON DEFENDANTS' BILL OF COSTS**

Judgment entered for the defendants on March 30, 2006, after a ruling granting the defendants' motion for summary judgment. The plaintiff, proceeding <u>pro se</u>, filed a timely notice of appeal on April 7, 2006. The United States Court of Appeals for the Second Circuit ordered that the plaintiff's appeal be dismissed on September 14, 2006, because the plaintiff failed to timely file an appellant brief and joint appendix, and it issued a mandate.

Pursuant to Local Rule 54(c)(2)(ii), the cost of an original and one copy of deposition transcripts are recoverable as costs if used, <u>inter alia</u>, in support of a successful motion for summary judgment. The defendants have submitted documentation showing they incurred appropriate court reporter fees in the amount of $1,269.88. Accordingly, the court assesses costs in this action in the amount of $1,269.88.

On October 12, 2004, a $500 bond was posted by the plaintiff as security for costs in this action pursuant to Local Rule 83.3. The $500 shall be forfeited and be paid over to the State of Connecticut, Attorney General's Office, to satisfy in part the costs assessed herein.

It is so ordered.

Dated this 27th day of February 2007 at Hartford, Connecticut.

>                    /s/AWT
>            Alvin W. Thompson
>        United States District Judge